UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,       :
                         :
       Plaintiff         :
                         :
   v.                    :   CIVIL NO. 1:CV-00-0895
                         :
ROBERT W. MEYERS, ET AL.,:   (Judge Kane)
                         :
       Defendants        :

**ORDER**

FILED
HARRISBURG, PA
MAY 30 2000
MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

AND NOW, THIS 29th DAY OF MAY, 2000, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

_____
YVETTE KANE
United States District Judge

YK:jvw

---

1. Montague completed this court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 31, 2000

Re:  1:00-cv-00895   Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Terrance Montague
SCI-R
SCI at Rockview
BZ-2761
P.O. Box A
Bellefonte, PA  16823
```

```
cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____          ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5/30/00

BY: _____
Deputy Clerk