# WAIVER OF SERVICE OF SUMMONS

TO: _Terrance Montague_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Montague_ VS _Meyers, et al_, which is case number _CV-00-895_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _6-2-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| June 9, 2000 | _[signature]_ |
|---|---|
| DATE | SIGNATURE |

Printed/typed name: __Gregory R. Neuhauser__

Title if any: __Senior Deputy Attorney General__

Address of Person signing: __Office of Attorney General__

__15th Fl., Strawberry Sq.__

__Harrisburg, PA  17120__

Party you represent: Robert W. Meyers, Robert S. Bitner, David J. Wakefield, Terry L. Whitman, Jack Allar, Larry Lidgett, Lt. Decker Major Yancy, Jeffrey A. Rackovan

FILED
SCRANTON
JUN 12 2000
PER ___
DEPUTY CLERK

KCM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Montague
      Plaintiff
V.

CASE NUMBER: 1:00-cv-00895

Meyers
      Defendant
_____/

TO:

    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Terrance Montague
    SCI-R
    SCI at Rockview
    BZ-2761
    P.O. Box A
    Bellefonte, PA  16823

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: May 31, 2000

RETURN OF SERVICE - Case #1:00-cv-00895

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

| | Served personally upon the defendant. Place where served:

_____

| | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

_____

| | Returned unexecuted: _____

_____

_____

| | Other (specify): _____

_____

_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                        _____
                                         Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00895

Terrance Montague
    plaintiff

        v.

Robert W. Meyers
    defendant
Robert S. Bitner
    defendant
David J. Wakefield
    defendant
Terry L. Whitman
    defendant
Jack Allar
    defendant
Larry Lidgett
    defendant
Lt. Decker
    defendant
Major Yancy
    defendant
Jeffrey A. Rackovan
    defendant