JUDGE'S COPY

Copy 8

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 6 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

TERRANCE MONTAGUE,
    Plaintiff

  v.

ROBERT W. MEYERS, ET AL.,
    Defendants

CIVIL NO. 1:CV-00-0895
(Judge Kane)

## SUPPLEMENT

The plaintiff, Terrance Montague, files following supplement of facts to his complaint:

13. On 6/28/00 plaintiff was released from the Hole and was assigned to A Block, Cell #37, with inmate Gregory Postal, AM-9438, who is a heavy smoker.

14. Plaintiff complained to Block Sgt. Dale, and again to Defendant Lt. Decker and Defendant Jack Allar that he had asthma, used an inhaler and could not breath properly in a smoking environment, but no action was taken.

15. Plaintiff then filed a Inmate Grievance on this subject.

16. On 6/30/00, at 1140 a.m., plaintiff because of all the smoke he has been force to breath from his new cell-mates heavy smoking has had to go to medical to use the oxygen tank to help him breath.

17. Because plaintiff has continually been subjected to cell-mates who smoke plaintiff has gone from using his inhaler the prescribed 4 times a day to using it 8-10 times a day.

Date: 7-2-00

              Terrance Montague
              Terrance Montague, BZ-2761
              SCI-Rockview
              Box A, Bellefonte, PA
              16823-0820

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
　　　　　　PLAINTIFF
V.

ROBERT W. MEYERS, ET AL.,
　　　　　Defendants

CIVIL No. 1: CV-00-0895
(Judge Kane)

## CERTIFICATE OF SERVICE

I hereby certify that a TRUE AND CORRECT COPY OF THE within PLAINTIFF's SUPPLEMENT was served upon the following Individual by Placing same into the inmate outgoing Mailbox for Mailing on 7-3-00

Gregory R. Neuhauser
Senior Deputy Attorney General
Office of Attorney General
15th Fl., Strawberry Sq.
Harrisburg, PA 17120

　　　　　　　　　　　　　Terrance Montague
TERRANCE MONTAGUE, BZ-
SCI- Rockview
Box A, Bellefonte, PA
　　　　　　　　　　　16823