UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. 1:CV-00-0895 |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS,<br>ROBERT S. BITNER,<br>DAVID J. WAKEFIELD,<br>TERRY L. WHITMAN,<br>JACK ALLAR,<br>LARRY LIDGETT,<br>LT. DECKER,<br>MAJOR YANCY and<br>JEFFREY A. RACKOVAN,<br>Defendants | : | |

FILED
HARRISBURG, PA

AUG 1 2000

MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## CASE MANAGEMENT ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on May 18, 2000. The parties consented to proceed before a magistrate judge, and on July 14, 2000, this case was reassigned to the undersigned magistrate judge. The following case management deadlines govern this case.

AO 72A
(Rev.8/82)

1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by February 1, 2001.

2. **Discovery Limitations**.  In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before February 8, 2001.  Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4.  **Dispositive Motions**.  Any dispositive motion shall be filed, as well as the supporting brief, on or before April 2, 2001.

The court will, in the absence of good cause, adhere to the schedule hereby established.  Extensions of the discovery period and of the deadline for filing dispositive motions will

2

be granted only when good cause is shown and a motion is timely made.

J. /Andrew Smyser
Magistrate Judge

Dated: August 1, 2000