

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE, | CIVIL NO. 1:CV-00-0895 |
| Plaintiff | |
| v. | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS,<br>ROBERT S. BITNER,<br>DAVID J. WAKEFIELD,<br>TERRY L. WHITMAN,<br>JACK ALLAR,<br>LARRY LIDGETT,<br>LT. DECKER,<br>MAJOR YANCY and<br>JEFFREY A. RACKOVAN,<br>Defendants | FILED<br>HARRISBURG, PA<br><br>OCT 27 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

ORDER

On October 6, 2000, the plaintiff filed a motion to compel discovery. The plaintiff has not filed a brief in support of that motion. Pursuant to Local Rule 7.5, Rules of Court, M.D. Pa, the motion is deemed withdrawn.

AND NOW, this 27th day of October, 2000, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 12) to compel discovery is deemed **WITHDRAWN.**

J. Andrew Smyser
Magistrate Judge

Dated: October 27, 2000.