DATE: 10-26-

(14)

10/31/0
MJ Smyser

TO Whom it May concern

My name is TERRANCE H. MONTAGUE # BZ-2761 AM A INMATE AT S.C.I. ROCKVIEW AM WRITTING TO FIND OUT if yall received my MOTION DATED 10-5-00 for ORDER COMPELLING DISCOVERY UNDER RULE 37 Alone with A CERTIFICATE of SERVICE. My Civil No. is 1:CV-00-0895, My MAGISTRATE Judge NAME is J. Andrew Smyser. Please Look into this MATTER AND get back with me.

FILED
HARRISBURG

OCT 3 0 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

"Thank you very much
"Terrance Montague"

DATED: 10-26-00