JUDGE'S COPY

Copy 17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>Plaintiff<br><br>v.<br><br>ROBERT W. MEYERS, et al.,<br>Defendants | :<br>:<br>:  No. 1:CV-00-0895<br>:<br>:  (M.J. Smyser)<br>:<br>: |

FILED
HARRISBURG
NOV 28 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, defendants, by their counsel, move the Court for leave to take the deposition upon oral examination of the plaintiff at the State Correctional Institution at Rockview, Pennsylvania (SCI-Rockview). In support hereof, defendants state as follows:

1. This is a civil action for injunctive relief and damages brought pursuant to 42 U.S.C. § 1983.

2. Plaintiff is incarcerated at SCI-Rockview. His complaint challenges his conditions of confinement at the institution.

3. Counsel for defendants believes a deposition of the plaintiff will assist the parties and the Court to narrow the issues and clarify them for summary judgment or trial.

4. Federal Rules of Civil Procedure 30(a) requires a party to obtain leave of court to depose a person incarcerated in a prison.

5. The Court should grant defendants leave to depose plaintiff at a date and time to be arranged at SCI-Rockview.

WHEREFORE, defendants' motion for leave to depose plaintiff should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: *[signature]*
GREGORY R. NEUHAUSER
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA   17120
717-787-8106

DATE:  November 28, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRANCE MONTAGUE,**<br>**Plaintiff**<br><br>v.<br><br>**ROBERT W. MEYERS, et al.,**<br>**Defendants** | :<br>:<br>:  No. 1:CV-00-0895<br>:<br>:  (M.J. Smyser)<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER**, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **November 28, 2000**, I caused to be served a true and correct copy of the foregoing document **Defendants' Motion for Leave to Depose Plaintiff** depositing it in the United States mail, first-class postage prepaid to the following:

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

_(signature)_
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**