

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE, **Plaintiff** | : : : No. 1:CV-00-0895 |
| v. | : : (M.J. Smyser) |
| ROBERT W. MEYERS, et al., **Defendants** | : : |

FILED
HARRISBURG, PA

NOV 3 0 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

AND NOW, this 30TH day of NOVEMBER, 2000, upon consideration of (Doc. 17) defendants' motion, IT IS HEREBY ORDERED that defendants are granted leave to take the deposition upon oral examination of the plaintiff at the State Correctional Institution at Rockview, Pennsylvania, at a date and time to be arranged before the close of discovery in this case.

BY THE COURT:

_____
J. ANDREW SMYSER
**United States Magistrate Judge**