IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff

v.    No. 1:CV-00-0895

    (M.J. Smyser)

ROBERT W. MEYERS, et al.,
    Defendants

JUDGE'S COPY

FILED
HARRISBURG, PA
DEC 27 2000
MARY E. D'ANDREA
Per _____ Deputy Clerk

## SUPPLEMENT TO THE COMPLAINT

1. That Plaintiff has still not been moved to the Non-Smoking Block, where Defendants now know the facts of this case and of plaintiff's Asthma.

2. That although there is now not supposed to be any smoking on Block-out of A-Block, with no-smoking signs posted, the Block is not smoke free, inmates and Correction Officers sneak smokes on block-out and while watching T.V. in front of my cell, and inmates still smoke in their cells, all causing me to endure effects of second-hand smoke.

3. On 12/3/00, while inmates were locked in for Noon Count Sgt. Curtis, the Block Sgt., and Officer Wentz were smoking cigarettes, while sitting and watching the Pittsburgh and Radiers game on T.V. in front of my cell, where there is a No Smoking sign.

4. I spoke to said Officer's about their smoking and Sgt. Curtis told me "if you put a Grievance in me I'll make sure you stay locked up."

5. On 12/3/00, Plaintiff filed a "Official Inmate Grievance #ROC0545-00. See Exhibit "A".

6. On 12/18/00, the Grievance Coordinator filed a reply, admitting to the smoking, but denies that I was threatened. See Exhibit "B."

7. Sgt. Curtis knew that I had an Asthma condition, that I had a law suit in against the Institution concerning my Asthma and smoking, and the hold-up of my move to the non-smoking block, where I have spoken to him many times about these things, and have let him read my legal work, all in order to get the white-out kept at his desk and to get a Law Library pass, and to have him call medical for me to go over to use the oxygen tank.

8. The actions by Sgt. Curtis were a form of harassment and has/is causing Plaintiff mental pain and suffering, and Plaintiff wants this Court to know of this incident in case there is some form of retaliation or set-up against him.

<u>UNSWORN DECLARATION</u>

I declare, under penalty of perjury, that this pleading and the documents attached are true and correct to the best of my personal knowledge, information and belief.

Dated: 12-22-00

*Terrance Montague*
Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

DC-804
PART 1


#1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**  Exhibit "A"  GRIEVANCE NO. ROC-0545-0

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR. RACKOVAN | SCI-Rockview | 12-3-00 |
| FROM: (Commitment Name & Number) BZ-2761 | INMATE'S SIGNATURE Terrance Montague | |
| TERRANCE MONTAGUE | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT A-142 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

ON-12-3-00 while we was locked in for noon count S.G.T CURTIS And officer WENTZ was smoking Cigarettes while sitting watching the pittsburgh & The Radiers game on T.V. Plus there's No smoking signs on The wall right where S.G.T. CURTIS And officer WENTZ was smoking at. officer WENTZ was sitting Right behind S.G.T CURTIS smoking These Officers know they ain't suppose to be smoking. So when I said something to S.G.T CURTIS About him And officer WENTZ smoking S.G.T CURTIS Then said to me if you put a Grievance in on me I'll make sure you stay locked up. So now he Threathing me because he know he ain't suppose To be smoking out on the block.     NEXT PAGE →

B. Actions taken and staff you have contacted before submitting this grievance:

UNIT MANGER - MR. ALLAR

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Mr. Allar 12/13

Jeffrey Rackovan    Conditions       12/6/00
Signature of Grievance Coordinator

Due. 12/20

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

**DC-804**
PART 1



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

| OFFICIAL INMATE GRIEVANCE | Exhibit "A" | GRIEVANCE NO. | ROC-0545-0 |
|---|---|---|---|

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR. RACKOVAN | SCI-Rockview | 12-3-00 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| TERRANCE MONTAGUE BZ-3766 | Terrance Montague |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
|  | A-142 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

WHAT MAKE THESE OFFICER'S HAVE THE RIGHT TO SMOKE ON BLOCK OUT AND THE INMATES CAN'T SO THESE OFFICER'S IS JUST SAYING THE HELL WITH THE NO SMOKING SIGNS THAT'S ON THE WALL. THESE OFFICER'S WAS SITTING RIGHT ACROSS FROM MY CELL SMOKING. MY FAMILY ALONG WITH HIGHER AUTHORITIES HAVE BEEN NOTIFIED ABOUT THIS MATTER.

THANK YOU
VERY MUCH
Terrance Montague

B. Actions taken and staff you have contacted before submitting this grievance:

UNIT MANGER - MR. ALLAR

Your grievance has been received and will be processed in accordance with DC-ADM 804

_Signature of Grievance Coordinator_ — Rackovan            Date 12/6/00

**DC-804**
PART II

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001

*Exhibit "B"*

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO. #ROC-0545-00

| TO: (Name & DC NO.) | INSTITUTION | QUARTERS | GRIEVANCE DATE | 12/03/00 |
|---|---|---|---|---|
| Terrance Montague, BZ-2761 | SCIR | Bldg A | Received | 12/04/00 |

The following is a summary of my findings regarding your grievance:

This complaint has been reviewed with Mr. Allar, Unit Manager and with Sergeant Curtis, who does remember smoking a cigarette in an area that is clearly a non-smoking area. As his supervisor Mr. Allar has taken proper action to insure that it is not likely to happen again. Lastly, Sergeant Curtis denies that he threatened you.

Thank you for bringing this matter to our attention.

JAR:tlk

c:   Deputy Wakefield
     Deputy Whitman
     Major Yancey
     Mr. Allar
     Sergeant Curtis
     Case Record
     Mr. Rackovan

Refer to DC-ADM 804, Section VIII, for instructions on grievance system appeal procedures.

SIGNATURE OF GRIEVANCE COORDINATOR
*Jeffrey Rackovan*

DATE 12/18/00