IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff

v.

    No. 1:CV-00-0895

    (M.J. Smyser)

ROBERT W. Meyers, et al.,
    Defendants

## MOTION FOR AWARD OF EXPENSES OF MOTION UNDER RULE 37

    Plaintiff Terrance Montague request this Court, after opportunity for a hearing, require the party or deponent whose conduct necessitated the "Motion for Order Compelling Dicovery" or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in obtaining the order, including attorney's fees and that this Court consider the following:

    Plaintiff requested the RHU log listing the names and/or institutional numbers of the inmates housed in the RHU in June of 2000, only to prove that he was in the RHU in the alternative that Defendants did not come through with a true copy of the inmate move and/or assignment sheet and where this Court could have this log submitted just to it as evidence.

Dated: 12-22-00

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE
    PLAINTIFF

v.

ROBERT W. MEYERS, ET Al.,
    Defendants

No. 1: CV-00-0895

(M.J. Smyser)

## CERTIFICATION OF SERVICE

I hereby certify that I Terrance Montague have this date December 22, 20__ served the foregoing Motion for award of expenses of motion under Rule __ to the

Clerk of Court
United States District Court
P.O. Box 827
Federal Building
Harrisburg, PA 17108-0827

Gregory R. Neuhauser, SDAG
Office of Attorney General
Commonwealth of Pennsylvania
Strawberry Square
Harrisburg, PA 17120

_Terrance Montague_
TERRANCE MONTAGUE, BZ-2961
SCI-Rockview
Box A
Bellefonte, PA 16823-0820