See attached

22
1/2/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,  :  CIVIL NO. 1:CV-00-0895
  :
     Plaintiff  :
  :
  v.  :  (Magistrate Judge Smyser)
  :
ROBERT W. MEYERS,  :
ROBERT S. BITNER,  :
DAVID J. WAKEFIELD,  :
TERRY L. WHITMAN,  :
JACK ALLAR,  :
LARRY LIDGETT,  :
LT. DECKER,  :
MAJOR YANCY and  :
JEFFREY A. RACKOVAN,  :
     Defendants  :

FILED
HARRISBURG

DEC 2 9 2000

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**ORDER**

    The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on May 18, 2000. On July 6, 2000, the plaintiff filed a supplemental complaint.

    The parties consented to proceed before a magistrate judge, and on July 14, 2000, this case was reassigned to the undersigned magistrate judge.

AO 72A

On July 31, 2000, the defendants filed an answer to the complaint and supplemental complaint.

On December 27, 2000, the plaintiff filed a document entitled "Supplement to the Complaint." Pursuant to Fed.R.Civ.P. 15(d), the plaintiff must file a motion for leave to file a supplemental complaint before he may file a supplemental complaint.

We note that on July 6, 2000, the plaintiff already filed one supplemental complaint without first seeking leave of court to do so. The defendants answered that supplemental complaint without objection. Thus, there is no need to strike that supplemental complaint from the record. However, the plaintiff may not continue to file supplemental complaints without first seeking leave of court to do so. We will strike the plaintiff's most recent supplemental complaint from the record without prejudice to the plaintiff filing a motion with a brief in support for leave to file another supplemental complaint.

2

AO 72A

AND NOW, this 29th day of December, 2000, **IT IS HEREBY ORDERED** that the plaintiff's second supplemental complaint (doc. 20) is **STRICKEN FROM THE RECORD.**

J. Andrew Smyser
Magistrate Judge

DATED: December 29, 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 29, 2000

Re: 1:00-cv-00895   Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

    Terrance Montague
    SCI-R
    SCI at Rockview
    BZ-2761
    P.O. Box A
    Bellefonte, PA  16823

    Gregory R. Neuhauser, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, Pa  17120

```
cc:
Judge                         ( )
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: December 29, 2000        BY: _____
                                   Deputy Clerk