# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>　　　Plaintiff | :<br>:<br>:    No. 1:CV-00-0895 |
| v. | :<br>:    (M.J. Smyser) |
| ROBERT W. MEYERS, et al.,<br>　　　Defendants | :<br>: |

**FILED**
**HARRISBURG, PA**

**JAN 0 9 2001**

MARY E. D'ANDREA, CLERK
PER _____ (DEPUTY CLERK)

## ORDER

AND NOW, this 9TH day of January, 2001, upon consideration of defendants' motion and good cause appearing therefor, IT IS HEREBY ORDERED that the case management order issued August 1, 2000 is modified as follows:

1. All discovery shall be completed by May 1, 2001.

2. Any dispositive motion shall be filed, as well as the supporting brief, on or before July 1, 2001.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**J. ANDREW SMYSER**
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 9, 2001

Re:  1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Terrance Montague
SCI-R
SCI at Rockview
BZ-2761
P.O. Box A
Bellefonte, PA  16823

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120
```

```
cc:
Judge                           ( )
Magistrate Judge                (✓)
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                          DA of County   ( )   Respondents   ( )

Bankruptcy Court                ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____1-9-01_____                          BY: _/s/_____
                                                    Deputy Clerk