*See attach*

(28)
1-24-0
sc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff
:
: No. 1:CV-00-0895
v.  :
: (M.J. Smyser)
ROBERT W. MEYERS, et al., :
    Defendants :

FILED
HARRISBURG
JAN 2 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this _23RD_ day of _JANUARY_, 2001, upon consideration of defendants' motion, IT IS HEREBY ORDERED that defendants are granted an enlargement of time until February 9, 2001, in which to respond to plaintiff's requests for admissions. *(motion - DOC. 27)*

BY THE COURT:

_____
J. ANDREW SMYSER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

January 23, 2001

Re: 1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Terrance Montague
SCI-R
SCI at Rockview
BZ-2761
P.O. Box A
Bellefonte, PA  16823

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120
```

```
cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen   ( )
                                         DA of County   ( )    Respondents   ( )
Bankruptcy Court               ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

1/23/01