IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE, Plaintiff

v.   No. 1:CV-00-0895

(M.J. Sayser)

ROBERT W. MEYERS, et al., Defendants

FILED
HARRISBURG, P
JAN 26 2001
MARY E. D'ANDREA,
Per _____ Deputy Clerk

## MOTION FOR SUPPLEMENTAL PLEADING

Plaintiff Terrance Montague request the Court to supplement his complaint as follows:

1. On 1/7/01, while incarcerated at SCI-Waymart C/O Simpson was smoking a pipe while walking up and down the unit were this is a non-smoking area, where I had no choice but to inhale his smoke, which caused me stress in breathing.

3. Plaintiff contacted Mr. Thomas B. Patterson, Major of the Guards and Mr. Jerry Rogers, Unit Manager and filed an Official Inmate Grievance.

## BRIEF IN SUPPORT

Rule 15, Amended and Supplemental Pleadings of the Federal Rules of Civil Procedure provides for the supplemental pleadings.

Dated: 1-20-01

Terrance Montague
Terrance Montague, BZ-2761
Box A, Bellefonte, PA
16823-0820

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE : NO. 1:CV-00-0895
    V. Plaintiff : (M.J. SMYSER)
ROBERT W. MEYERS, et al., :
    Defendants :

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within,

    MOTION FOR SUPPLEMENTAL PLEADING

Along with brief in support was served upon the following individuals by placing same into the inmate outgoing mail box for mailing on (DATE) 1-20-01

CLERK'S OFFICE
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

GREGORY R. NEUHAUSER, SDAG
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG, PA 17120

RESPECTFULLY SUBMITTED
*Terrance Montague*
TERRANCE MONTAGUE
SCI-ROCKVIEW
BOX A BELLEFONTE PA 16823