IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff

v.

ROBERT W. MEYERS, et al.
    Defendants

No. 1:CV-00-0895

(M.J. Smyser)

FILED
HARRISBURG, PA
FEB 6 2001
MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

## MOTION TO SUPPLEMENTAL PLEADINGS UNDER RULE

Plaintiff Terrance Montague request leave to file supplemental pleadings to the complaint because of the following reasons.

1. Plaintiff was scheduled for a Deposition on 1/4/01.

2. On 12/27/00, plaintiff was transferred to SCI-Waymart a Mental Health Facility for a Mental Health Evaluation.

3. Plaintiff was transferred without his knowledge or consent.

4. At the time of plaintiff transfer, he was not under the care or treatment of any mental health personal.

5. At the time of plaintiff transfer, did not have a mental break down or any other type of mental episode.

6. At the time of plaintiff transfer, he was in full control of his mental faculty.

7. Because of said transfer plaintiff's scheduled Deposition on 1/4/00 was canceled.

8. While at SCI-Waymart plaintiff asked a staff member who was looking through plaintiff's record why was plaintiff at SCI-Waymart and was told that the staff member did not know, but that for some reason plaintiff was listed for a Mental Health Evaluation," plaintiff asked who had ordered said evaluation and was told that it was ordered by Martin Horn.

Dated: 2-2-01

Terrance Montague, BZ-2761
Box A, Bellefonte, PA
16823-0820

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
        Plaintiff

    v.

ROBERT W. MEYERS, et al.
        Defendants

No. 1:CV-00-0895

(M.J. Smyser)

BRIEF IN SUPPORT

    1. "Rule 15. Amended and Supplemental Pleadings" of the Federal Rules of Civil Procedures provides for the submission and granting of Supplemental Pleadings.

Dated: 2-2-01

Terrance Montague, BZ-2761
Box A, Bellefonte, PA
16823-0820