UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,                    :    CIVIL NO. 1:CV-00-0895
                                      :
            Plaintiff                 :
                                      :
      v.                              :    (Magistrate Judge Smyser)
                                      :
ROBERT W. MEYERS,                     :
ROBERT S. BITNER,                     :
DAVID J. WAKEFIELD,                   :
TERRY L. WHITMAN,                     :
JACK ALLAR,                           :         **FILED**
LARRY LIDGETT,                        :    HARRISBURG, PA
LT. DECKER,                           :
MAJOR YANCY and                       :    FEB 21 2001
JEFFREY A. RACKOVAN,                  :
            Defendants                :     MARY E. D'ANDREA, CLERK
                                           Per _____
                                                  Deputy Clerk

ORDER

      The plaintiff, a prisoner proceeding *pro se*, commenced

this 42 U.S.C. § 1983 action by filing a complaint on

May 18, 2000.  On July 6, 2000, the plaintiff filed a

supplemental complaint.  The plaintiff claims that the

defendants required him to share a cell with inmates who smoke

and that the smoke aggravates his asthma.

AO 72A
(Rev 8/82)

The parties consented to proceed before a magistrate judge, and on July 14, 2000, this case was reassigned to the undersigned magistrate judge.

On July 31, 2000, the defendants filed an answer to the complaint and supplemental complaint.

On November 14, 2000, the plaintiff filed a motion to compel discovery and a brief in support of that motion. On November 27, 2000, the defendants filed a brief in opposition to the motion to compel. By an Order dated December 18, 2000, the plaintiff's motion to compel was granted in part and denied in part. The plaintiff's motion was granted with respect to his Requests for the Production of Documents lettered A, B and C, and the defendants were ordered to provide the documents responsive to those requests within ten days. The plaintiff's motion to compel was denied with respect to his Request for the Production of Documents lettered D.

On January 17, 2001, the plaintiff filed a motion for sanctions. On January 25, 2001, the defendants filed a brief

AO 72A
(Rev 8/82)

in opposition to the motion for sanctions, and on February 14, 2001, the plaintiff filed a reply brief.

The plaintiff contends that he is entitled to sanctions because the defendants did not, within ten days, provide the documents that the court ordered on December 18, 2000 to be provided to the plaintiff.  The defendants asserts that their production of the documents to the plaintiff was delayed due to the plaintiff's temporary transfer to another institution. Although the defendants do not explain why they could not have mailed copies of the documents to the plaintiff at the institution to which he was transferred[1], it is clear that the documents were produced to the plaintiff on or shortly after January 17, 2001.  Since the documents were provided and there was only a short delay, there is no basis in this case to impose sanctions on the defendants.  Accordingly, the plaintiff's motion for sanctions will be denied.

---

[1]We recognize that the defendants were only required to provide the documents for the plaintiff's inspection and were not required to photocopy the documents for the plaintiff.  Nevertheless, the plaintiff asserts that he was ultimately provided with photocopies of the documents.

3

AO 72A
(Rev 8/82)

AND NOW, this 21st day of February, 2001, **IT IS HEREBY**
**ORDERED** that the plaintiff's motion (doc. 26) for sanctions is
**DENIED**.

J. Andrew Smyser
Magistrate Judge

DATED: February __21__, 2001.

4

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 21, 2001


Re:  1:00-cv-00895    Montague v. Meyers


True and correct copies of the attached were mailed by the clerk
to the following:


    Terrance Montague
    SCI-R
    SCI at Rockview
    BZ-2761
    P.O. Box A
    Bellefonte, PA  16823

    Gregory R. Neuhauser, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, Pa  17120


```
cc:
Judge                        (   )              (   ) Pro Se Law Clerk
Magistrate Judge             ( / )              (   ) INS
U.S. Marshal                 (   )              (   ) Jury Clerk
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   )  with N/C attached to complt. and served by:
                                    U.S. Marshal (   )     Pltf's Attorney (   )

Standard Order 93-5          (   )
Order to Show Cause          (   )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   (   )  PA Atty Gen (   )
                                         DA of County  (   )  Respondents (   )
Bankruptcy Court             (   )
Other_____    (   )
                                               MARY E. D'ANDREA, Clerk
```

DATE: _2/21/01_____                    BY: _____
                                                        Deputy Clerk