ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,           :    CIVIL NO. 1:CV-00-0895
        Plaintiff         :
                           :
      v.                        :    (Magistrate Judge Smyser)
                           :
ROBERT W. MEYERS, et al      :
        Defendants        :

FILED
HARRISBURG
MAR 0 1 2001
MARY E. D'ANDREA, CLE
DEPUTY CLERK

## SUPPLEMENTAL PLEADINGS

Plaintiff Terrance Montague with leave of Court files the following Supplemental Pleadings.

### DEFENDANTS

1. Defendant Martin Horn is the Commissioner for the Pennsylvania Department of Correction at 2520 Lisburn Road Camp Hill, PA 17001-0598

2. All defendants are sued in their individual and Official capacity.

### FACTS

3. On 12/27/00, plaintiff was transferred to SCI-Waymart, a Mental Health Facility for a Mental Health Evaluation.

4. Plaintiff was transferred without his knowledge or consent.

5. At the time of Plaintiff's transfer, he was not under the care or treatment of any mental health personal.

6. At the time of plaintiff's transfer, he did not have a mental break down or any other type of mental episode.

7. At the time of plaintiff's transfer, he was in full control of his mental faculties.

8. While at SCI-Waymart plaintiff asked a staff member who was looking through plaintiff's record why was plaintiff at SCI-Waymart and was told that the staff member did not know, but that for some reason plaintiff was listed for a Mental Health Evaluation.

9. When plaintiff asked who had ordered said evaluation, he was told that it was ordered by Martin Horn.

10. Plaintiff transfer to SCI-Waymart was in retaliation for the filing of the instant action.

11. Plaintiff's transfer to SCI-Waymart, a mental health faculty, cause plaintiff to anguish over why he was sent there, that defendants intended to keep him there, and that defendants intented to give him treatments that he did not want or need.

CLAIMS FOR RELIEF

12. Plaintiff is entitled to relief against defendants for transferring him to SCI-Waymart in retaliation for the filing of the instant action in violation of plaintiff's Due Process, a Six Amendment right.

13. Plaintiff is entitled to relief against defendants for causing him mental pain and suffering in violation of cruel and unusual punishment, an Eighth Amendment right.

14. Plaintiff seeks declaratory and monetary Judgment in the amount of $500.00 a day from each defendant for each day plaintiff was at SCI-Waymart.

Dated: 2-22-01

Terrance Montague, BZ-2761
Box A, Bellefonte, PA
16823-0820

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    PLAINTIFF

V.

ROBERT W. MEYERS, et al
    Defendants

CIVIL NO. 1:CV-00-0895

(Magistrate Judge Smyser)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the SUPPLEMENTAL PLEADINGS was served upon the following individuals by placing same into the inmate outgoing mail box for mailing on

(Date) 2-27-01

Gregory R. Neuhauser, SDAG
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG, PA 17120

CLERK'S OFFICE
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

Respectfully Submitted
_Terrance Montague_
TERRANCE MONTAGUE
SCI-ROCKVIEW
BOX A, BELLEFONTE PA 16823-08_