IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,  : CIVIL NO. 1:CV-00-0895
      Plaintiff  :
        v.  : (Magistrate Judge Smyser)
        :
ROBERT W. MEYERS, et al  :
      Defendants  :

**ORIGINAL**

FILED
HARRISBURG, PA
MAY 0 8 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION TO AMEND THE SUPPLEMENTAL COMPLAINT

Plaintiff Terrance Montague request leave of court to file an Amended Supplemental Pleadings to include, change to the following:

This transfer did not advance legitimate goals of the Correctional Institution or was not tailored narrowly enough to achieve such goals

Plaintiff is entitled to relief against defendants for transferring him to SCI-Waymart Mental Health Faculty in retaliation for the filing of the instant action in violation of plaintiff's right of access to the courts founded in the First Amendment right to Petitioner, and in the Due Process Clause or any other right that this court may deem appropriate.

Dated: 5-3-01

                                        Terrance Montague
                                        Terrance Montague, BZ-2761

## BRIEF IN SUPPORT

Rule 15 of the Rules of Federal Procedures provides for the request and granting of this Motion.

Dated: 5-3-01

                                        Terrance Montague
                                        Terrance Montague, BZ-2761
                                        Box A, Bellefonte, PA
                                        16823-0820

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


TERRANCE MONTAGUE,                    :   CIVIL NO. 1:CV-00-0895
            V. PLAINTIFF              :   (MAGISTRATE JUDGE SMYSER)
ROBERT W. MEYERS, ET AL              :           FILED
            Defendants               :        HARRISBURG, PA.
                                     :
                                     :        MAY 0 8 2001
                                     :
                                     :   MARY E. D'ANDREA, CLERK
                                     :   Per _____
                                     :        Deputy Clerk

                   CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within


            MOTION TO AMEND THE SUPPLEMENTAL COMPLAINT
ALONE WITH BRIEF IN SUPPORT WAS served upon the following Individual
by placing same into THE INMATE outgoing mail box for mailing on
(DATE) 5-3-01


Gregory R. Neuhauser, SDAG
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG PA 17120


CLERK'S OFFICE                          RESPECTFULLY SUBMITTED
U.S. DISTRICT COURT                     Terrance Montague
228 WALNUT STREET                       TERRANCE MONTAGUE
P.O. BOX 983                            SCI-ROCKVIEW
HARRISBURG, PA 17108                    BOX A, BELLEFONTE PA 168