ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>Plaintiff | :<br>:<br>: |
| v. | : No. 1:CV-00-0895<br>:<br>: (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, et al.,<br>Defendants | :<br>: |

**FILED**
HARRISBURG, PA
JUN 27 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants, by their counsel, hereby move for the entry of summary judgment in their favor on the grounds that material facts are not in dispute and defendants are entitled to judgment as a matter of law on plaintiff's claims.

This motion is supported by a statement of material facts and a set of exhibits and memorandum of law to be submitted forthwith.

Wherefore, defendants' motion for summary judgment should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: /s/ Gregory R. Neuhauser
GREGORY R. NEUHAUSER
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA  17120
717-787-8106

DATE: June 27, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRANCE MONTAGUE,**     :<br>        **Plaintiff**         :<br>                             :   No. 1:CV-00-0895<br>    **v.**                   :<br>                             :   (Judge Smyser)<br>                             :<br>**ROBERT W. MEYERS, et al.,**:<br>        **Defendants**       :  | |

### CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER**, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **June 27, 2001**, I caused to be served a true and correct copy of the foregoing document **Defendants' Motion for Summary Judgment** by depositing it in the United States mail, first-class postage prepaid to the following:

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

*/s/ Gregory Neuhauser*
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**