# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>    Plaintiff : | |
| : | No. 1:CV-00-0895 |
| v. : | |
| : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, et al., : | |
|     Defendants : | |

FILED
HARRISBURG, PA
JUL 0 2 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

## ORDER

And Now, this **2nd** day of **July**, 2001, (Doc. 49) upon consideration of defendants' motion and cause appearing therefor. IT IS HEREBY ORDERED that defendants are granted leave to July 11, 2001, to submit the documents in support of their pending motion for summary judgment.

BY THE COURT:

J. ANDREW SMYSER
United States Magistrate Judge

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       July 2, 2001


Re:  1:00-cv-00895    Montague v. Meyers


True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               (✓)              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen  ( )
                                       DA of County ( )   Respondents  ( )
Bankruptcy Court               ( )
Other_____   ( )
                                               MARY E. D'ANDREA, Clerk
```

DATE: _____7-2-01_____     BY: _____[signature]_____
                                Deputy Clerk