*see att*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE, | CIVIL NO. 1:CV-00-0895 |
| Plaintiff | |
| v. | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, | |
| ROBERT S. BITNER, | |
| DAVID J. WAKEFIELD, | |
| TERRY L. WHITMAN, | |
| JACK ALLAR, | |
| LARRY LIDGETT, | |
| LT. DECKER, | |
| MAJOR YANCY and | |
| JEFFREY A. RACKOVAN, | |
| Defendants | |

FILED
HARRISBURG, PA

AUG 0 8 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on May 18, 2000. On July 6, 2000, the plaintiff filed a supplemental complaint. The plaintiff claims that the defendants required him to share a cell with inmates who smoke and that the smoke aggravates his asthma.

AO 72A
(Rev 8/82)

The parties consented to proceed before a magistrate judge, and on July 14, 2000, this case was reassigned to the undersigned magistrate judge.

On July 31, 2000, the defendants filed an answer to the complaint and supplemental complaint.

By an Order dated February 23, 2001, we granted the plaintiff's motion for leave to supplement his complaint, and the plaintiff was granted twenty days to file a supplemental complaint alleging that his transfer to SCI-Waymart was in retaliation for the filing of the instant action.

On March 1, 2001, the plaintiff filed a supplemental complaint which alleged that his transfer to SCI-Waymart was in retaliation of the filing of the instant action. On March 12, 2001, the defendants filed an answer to the supplemental complaint.

On June 27, 2001, the defendants filed a motion for summary judgment. After requesting and receiving an extension of time, on July 10, 2001 the defendants filed a statement of material facts, a brief and documents in support of their

2

motion for summary judgment. The plaintiff has not filed a brief in opposition to the motion to dismiss as required by Local Rule 7.6, Rules of Court, M.D. Pa.

Generally, a dispositive motion may not be granted merely because it is unopposed. However, when a plaintiff fails to prosecute an action or fails to comply with a court order, the court may dismiss the action pursuant to Fed.R.Civ.P. 41(b) of the Federal Rules of Civil Procedure.

AND NOW, this 8th day of August, 2001, **IT IS HEREBY ORDERED** that the plaintiff shall file a brief in opposition to the motion for summary judgment, a response to the defendant's statement of material facts and any summary judgment evidence in opposition to the motion on or before August 22, 2001. If the plaintiff fails to file a brief in opposition within this time we will consider dismissing this action pursuant to Fed.R.Civ.P. 41(b), by application of the factors in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863, 868 (3d Cir. 1984).

J. Andrew Smyser
Magistrate Judge

Dated: August 8, 2001.

3

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       August 8, 2001


Re:  1:00-cv-00895   Montague v. Meyers



True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120



cc:
Judge                          ( )            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                MARY E. D'ANDREA, Clerk
```

DATE: 8-8-01                                          BY: _____
                                                          Deputy Clerk