IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff

    v.

ROBERT W. MEYERS, et al
    Defendants

CIVIL NO. 1:CV-00-0895

(Magistrate Judge Smyser)

FILED
HARRISBURG
AUG 16 2001
MARY E. D'ANDREA, C.
Per_____ DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME AND FOR A TRO TO ALLOW PLAINTIFF TO MAKE COPIES

PLAINTIFF TERRANCE MONTAGUE REQUEST FOR ENLARGEMENT OF TIME PURSUANT TO RULE 6 OF THE FEDERAL RULES OF CIVIL PROCEDURES, AND TO GRANT HIM AN TEMPORARY RESTRAINING ORDER PURSUANT TO RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURES TO ALLOW HIM TO MAKE COPIES OF HIS EXHIBITS TO SEND WITH HIS RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, BECAUSE SCI-ROCKVIEW'S LIBRARY (WHERE INMATES COPIES ARE MADE) HAS A POLICY AGAINST INMATES MAKING COPIES OF "POLICY STATEMENTS," AND MEDICAL RECORDS AND/OR JUST WILL NOT ALLOW PLAINTIFF TO COPY SAME.

Dated: 8-9-01

                                  Terrance Montague, BZ-2761
                                  Box A, Bellefonte, PA
                                        16823-0820

## BRIEF IN SUPPORT

RULE 6 OF THE FEDERAL RULES OF CIVIL PROCEDURES PROVIDES FOR AN ENLARGEMENT OF TIME.

RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURES PROVIDES FOR THE ISSUANCE OF AN TRO.

Dated: 8-9-01

                                  Terrance Montague, BZ-2761
                                  Box A, Bellefonte, PA
                                        16823-0820