# AFFiDAVIT

1-00-CV-895

FILED
HARRISBURG
AUG 1 6 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

I, Terrance Montague, BZ-2761 swear that this writing is the truth to what I'm saying. The Defendants alone with the other staff here at SCI-Rockview are denying me copy's of my legal materi[al] and that's why I am unable to send this court co[py] of my exhibit's and that's why I was unable to hav[e] my legal work in by the deadline. I am also sendin[g] a copy of the inmate request to staff member da[ted] 7-31-01 that I sent to Mr. Robert W. Meyers, the Supcriattendant of SCI-Rockview and his answer. I also tacked with Deputy Tennis about the staff at SCI Rockview library denying to make copees of my exhibit's. The staff here at SCI-Rockview is telling me that they ain't letting me get any "policy's or affidavit's or my medical records copyed.

Date: 7-31-01

I certify under penalty of perjury that the forgoing is true and correct 28 U.S. Sec 1746

State Correctional Institution
RECEIVED
AUG 01 2001
at Rockview
Superintendent's Office

FILED
HARRISBURG
AUG 16 2001
MARY E. D'ANDREA,
Per _____
DEPUTY CLERK

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer)
   MR. MEYERS

2. Date:
   7-31-01

3. By: (Print Inmate Name and Number)
   TERRANCE MONTAGUE #BZ-2761
   _Terrance Montague_
   Inmate Signature

4. Counselor's Name

5. Unit Manager's Name

6. Work Assignment
   Kitchen

7. Housing Assignment
   BA-Cell 206

8. Subject: State your request completely but briefly. Give details.

MR. MEYERS,
I have a deadline to have my paperwork into court and this jail is making it hard for me to get my paperwork into the court because this jail staff here at Rockview is denying me copy's and in the Inmate Handbook it says that inmates are allowed to get legal copy's and go in the Red for legal copy's. You even said when I talked to you on the walkway that inmates was allowed to get legal copy's. I been trying to get these copy's for the last past two weeks. This has been a problem trying to get this legal copy's, so may you please look into this matter and get back with me.

Thank you very much
Terrance Montague

CC. ATTORNEY KATRINA R. STUBER

9. Response: (This Section for Staff Response Only)

Mr. Montague,
You are incorrect that you may go "in the red" for legal copies. The Business Manager can let you anticipate money for postage or writing materials such as pen, paper. This is clearly stated in DC-ADM 803. To get copies made at the library, you need to have the money on the books. If you knew you were sending papers to court, why did you send your money elsewhere? If you have a deadline coming up, you will have to write out your pa...

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ J. Rackovan  Date 8/3/01
                    Print        Sign

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE : CIVIL NO. 1: CV-00-0895
V. PLAINTIFF (MAGISTRATE JUDGE SMYSER)
ROBERT W. MEYERS, ET AL
DEFENDANTS

## CERTIFICATE OF SERVICE

I TERRANCE MONTAGUE Hereby certify that on AUGUST 9TH 2001 I caused to be served A TRUE AND CORRECT COPY OF THE MOTION FOR EXTENSION OF TIME AND FOR A TRO TO ALLOW PLAINTIFF TO MAKE COPIES ALONG WITH BRIEF IN SUPPORT WAS SENT TO THE FOLLOWING by PLACING IT IN THE INMATE OUTGOING MAIL BOX

GREGORY R. NEUHAUSER
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE

DATE: 8-9-2001

Terrance Montague
SCI-ROCKVIEW
BOX A
Bellefonte, PA 16823-0
TERRANCE MONTAGUE