ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,       :   CIVIL NO. 1:CV-00-0895
          Plaintiff      :
                         :
     v.                  :   (Magistrate Judge Smyser)
                         :
ROBERT W. MEYERS, et al  :
          Defendants     :

FILED
HARRISBURG, PA
AUG 17 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

PLAINTIFF TERRANCE MONTAGUE FILES THE FOLLOWING RESPONSE AGAINST DEFENDANT'S MOTION FOR SUMMARY JUDGMENT:

1. MATERIAL FACTS ARE IN DISPUTE.

2. PARTS OF DECLARATIONS SUBMITTED ARE IN ERROR AND/OR ARE IN DISPUTE.

3. DEFENDANTS' EXHIBIT "37A", "INMATE'S REQUEST TO STAFF MEMBER," HAVE BEEN MISINTERPRETED AND/OR ARE IN DISPUTE.

THIS MOTION IS SUPPORTED BY PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS AND PLAINTIFF'S RESPONSE TO DEFENDANTS' SET OF EXHIBITS AND A MEMORANDUM OF LAW TO BE SUBMITTED FORTHWITH.

WHEREFORE, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED.

Dated: 8-14-01

Terrance Montague, BZ-2761
Box A, Bellefonte, PA
16823-0820

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE       ) CIVIL NO. 1:CV-00-0895
    V. PLAINTIFF            ) (Magistrate Judge Smyser)
ROBERT W. MEYERS, et al )
    DEFENDANTS

### CERTIFICATE OF SERVICE

I TERRANCE MONTAGUE Hereby certify that on August 14th 2001 served a true and correct copy of PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was sent to the following by placing it in the inmate outgoing mailbox.

GREGORY R. NEUHAUSER
OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG, PA 17120

DATE: 8-14-2001

CLERK OF COURT
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

Terrance Montague
SCI-ROCKVIEW
BOX
Bellefonte, PA 16823-08