ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,           :
    Plaintiff                          :
                                                    :     No. 1:CV-00-0895
v.                                       :
                                                    :     (Magistrate Judge Smyser)
ROBERT W. MEYERS, et al.,    :
    Defendants                      :

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION FOR INVOLUNTARY DISMISSAL**

For the reasons outlined in the accompanying motion, the Court should grant defendants' motion for involuntary dismissal for plaintiff's failure to comply with the order of August 22, 2001. Poulis v. State Farm Fire and fCausualty Co., 747 F.2d 863, 867-69 (3rd Cir. 1984).

                                      Respectfully submitted,

                                      D. MICHAEL FISHER
                                      Attorney General

By: _____
                                      GREGORY R. NEUHAUSER
                                      Senior Deputy Attorney General

                                      SUSAN J. FORNEY
                                      Chief Deputy Attorney General
                                      Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA  17120
717-787-8106

DATE: September 7, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE, <br> Plaintiff | : <br> : <br> :   No. 1:CV-00-0895 |
| v. | : <br> : (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, et al., <br> Defendants | : <br> : |

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **September 7, 2001**, I caused to be served a true and correct copy of the foregoing document **Memorandum in Support of Defendants' Motion for Involuntary Dismissal** by depositing it in the United States mail, first-class postage prepaid to the following:

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

_____
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**