**JUDGE'S COPY**

copy 64

1:00-CV-895

To whom it may concern

9-6-01

My name is Terrance Montague BZ-3701 am writing you because this jail sent my legal mail back and made me resend it out. Here's a copy of why they sent it back to me. I did have my paperwork in before the deadline date.

Date 9-6-01

FILED
HARRISBURG
SEP 10 2001
MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

Thank you
very much
Terrance Montague



COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
SCI Rockview
(814) 355-4874
September 5, 2001

**SUBJECT:** Inmate Mail and Incoming Publications, DC ADM 803
Anticipated Postage

**TO:** Terrance Montague BZ2761
Building B, Section A

**FROM:** *F.M. Dougherty*
Francis M. Dougherty
Business Manager

The attached Legal Mail is being returned to you for the below listed reasons

1. You have a negative account balance.

2. You have requested UPS.

In accordance with the subject policy an inmate who has no money in his account shall be permitted to anticipate the deposit of funds into his account for legal mail only. Further an inmate will be permitted to anticipate the deposit of funds into his account for regular first class postage only.

If you wish to have this mail sent out via first class postage, change your postage slips to First Class Postage and return them to me for approval. If you want them to be sent out via UPS you must wait until your account again has a positive balance.

FMD/wp

cc:   Mr. Boone
      file