# ORIGINAL

4-7-01

1:00-CV-895

Judge Smyser

TO WHOM it may concern

MY NAME IS TERRANCE MONTAGUE BROWN

AM A INMATE AT S.C.I. ROCKVIEW AND ONCE AGAIN THIS JAIL MAIL
ROOM IS REFUSING TO SEND MY LEGAL MAIL OUT.

WHEN THEY SENT MY LEGAL MAIL BACK TO ME
THIS IS A COPY OF WHAT THEY HAD ON MY MAIL WHEN
IT CAME BACK,   MY PAPER WORK WAS IN BEFORE THE
DEADLINE DATE

FILED

SEP 1 7 2001

PER ___
HARRISBURG, PA.      DEPUTY CLERK

Terrance Montague