IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,
    Plaintiff

    v.

ROBERT W. MEYERS, <u>et al.</u>,
    Defendants

No. 1:CV-00-0895

(Magistrate Judge Smyser)

## ORDER

AND NOW, this _19TH_ day of September, 2001, upon consideration of defendants' motion (Doc. 68), IT IS HEREBY ORDERED that the due date for a reply brief from defendants on the pending motion for summary judgment is extended to September 27, 2001.

BY THE COURT:

_____
J. ANDREW SMYSER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

September 19, 2001

Re: 1:00-cv-00895   Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Terrance Montague
SCI-R
SCI at Rockview
BZ-2761
P.O. Box A
Bellefonte, PA  16823

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _9-19-01_                                              BY: _[signature]_
                                                                  Deputy Clerk