*see all*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. 1:CV-00-0895 |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, | : | |
| ROBERT S. BITNER, | : | |
| DAVID J. WAKEFIELD, | : | |
| TERRY L. WHITMAN, | : | |
| JACK ALLAR, | : | |
| LARRY LIDGETT, | : | |
| LT. DECKER, | : | |
| MAJOR YANCY and | : | |
| JEFFREY A. RACKOVAN, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
OCT 1 6 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

**IT IS ORDERED** that the plaintiff's motion (Doc. 72) for leave to extend briefing beyond that authorized under the Rules of Court (Motion for Enlargement of Time to File Reply Brief to Defendants' Reply Memorandum for Defendants) is **DENIED**.

J. Andrew Smyser
Magistrate Judge

Dated: October 16, 2001.

AO 72A
(Rev.8/82)

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          October 16, 2001


Re:  1:00-cv-00895   Montague v. Meyers


True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120
```

```
cc:
Judge                         ( )           ( ) Pro Se Law Clerk
Magistrate Judge              (X)           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen  ( )
                                        DA of County ( )    Respondents  ( )
Bankruptcy Court              ( )
Other_____( )
                                                      MARY E. D'ANDREA, Clerk
```

DATE: _10-16-01_          BY: _/s/_
                              Deputy Clerk