*See attached*

10/26/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. **1:CV-00-0895** |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, | : | |
| ROBERT S. BITNER, | : | |
| DAVID J. WAKEFIELD, | : | |
| TERRY L. WHITMAN, | : | **FILED** |
| JACK ALLAR, | : | **HARRISBURG** |
| LARRY LIDGETT, | : | |
| LT. DECKER, | : | OCT 25 2001 |
| MAJOR YANCY and | : | |
| JEFFREY A. RACKOVAN, | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per_____ DEPUTY CLERK |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution at Rockview are directed to produce the person of **Terrance Montague, Number BZ-2761** at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on *NOVEMBER 30*, 2001, at *9:30 A.M.* and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

AO 72A
(Rev.8/82)

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: October 25, 2001.

AO 72A
(Rev.8/82)

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      October 25, 2001


Re:  1:00-cv-00895    Montague v. Meyers



True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120
```

```
cc:
Judge                         ( )              ( ) Pro Se Law Clerk
Magistrate Judge              (✓)              ( ) INS
U.S. Marshal                  (✓)              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        (✓) Rockview
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 (✓)
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
                                            MARY E. D'ANDREA, Clerk
```

DATE: 10/25/01         BY: _____
                           Deputy Clerk