2 Ct

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,          :    CIVIL NO. 1:CV-00-0895
           PLAINTIFF        :
                            :
     v.                     :    MAGISTRATE JUDGE SMYSER
                            :
ROBERT W. MEYERS, ET AL     :
           DEFENDANTS       :

## MOTION FOR THE APPOINTMENT OF COUNSEL

PLAINTIFF TERRANCE MONTAGUE, PURSUANT TO §1915, REQUEST THIS COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE FOLLOWING REASONS:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL.

2. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX.

3. THE PLAINTIFF, AS AN INMATE ON CELL-RESTRICTION, HAS EXTREMELY LIMITED ASSESS TO THE LAW LIBRARY.

4. THE PLAINTIFF HAS A LIMITED KNOWLEDGE OF THE LAW.

DATED: 11-3-01

_Terrance Montague_
TERRANCE MONTAGUE, BZ-2761
BOX A, BELLEFONTE, PA 16823-0820

FILED
HARRISBURG
NOV 0 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK