IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,          :   CIVIL NO. 1:CV-00-0895
              PLAINTIFF     :
                            :
         V.                 :   (MAGISTRATE JUDGE SMYSER)
                            :
ROBERT W. MEYERS, ET AL     :
              DEFENDANTS    :

### AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE. I MAKE THIS AFFIDAVIT IN SUPPORT OF MY MOTION FOR THE APPOINTMENT OF COUNSEL.

2. THIS IS A COMPLEX CASE BECAUSE IT CONTAINS DIFFERENT LEGAL CLAIMS, AND ACTIONS, WITH EACH CLAIM INVOLVING A DIFFERENT SET OF DEFENDANTS.

3. THE CASE INVOLVES MEDICAL ISSUES THAT MAY REQUIRE EXPERT TESTIMONY.

4. THE PLAINTIFF AND/OR THE DEFENDANTS HAVE DEMANDED A JURY TRIAL.

5. THE CASE WILL REQUIRE THE LOCATING OF WITNESSES.

6. THE PLAINTIFF HAS ONLY A HIGH SCHOOL DIPLOMA AND NO LEGAL EDUCATION.

7. THE PLAINTIFF IS SERVING A SENTENCE UNDER PUNITIVE CELL-RESTRICTION, FOR THIS REASON HE HAS VERY LIMITED ACCESS TO LEGAL MATERIALS AND HAS NO ABILITY TO LOCATE HIS WITNESSES IN THIS ACTION.

WHEREFORE, THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

I VERIFY THAT THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE AND CORRECT. I UNDERSTAND THAT FALSE STATEMENTS HEREIN ARE MADE SUBJECT TO THE PENALTIES OF PERJURY.

DATED: 11-3-01

TERRANCE MONTAGUE, BZ-2761
BOX A, BELLEFONTE, PA 16823-0820

FILED
HARRISBURG
NOV 0 7 2001
MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK