IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>Plaintiff | : <br> : <br> : No. 1:CV-00-0895 |
| v. | : <br> : (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, et al.,<br>Defendants | : <br> : |

FILED
NOV 15 2001
PER
HARRISBURG, PA.
DEPUTY CLERK

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance as counsel for defendants in the above-captioned matter.

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

By: _____
**MARYANNE M. LEWIS**
**Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

**Office of Attorney General**
**15th Flr., Strawberry Sq.**
**Harrisburg, PA 17120**
**FAX: (717) 772-4526**
**Direct Dial: (717) 787-9719**
**DATE: November 15, 2001**