cc: Ct, Joan, Stats

(84) pm
12/3/01

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| T. Montague v. R. Meyers, et al. | 1:00-CV-0895 | Consent |

FILED
HARRISBURG, PA
NOV 30 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| Proceeding: | PRETRIAL CONFERENCE |
|---|---|
| Set For: | Nov. 30, 2001 |
| At: | 9:30 |

| Time Commenced: | 9:30 | Time Terminated: | 10:50 |
|---|---|---|---|

| For Plaintiff: | For Defendants: |
|---|---|
| Terrance Montague, *pro se* | Gregory Neuhauser, DAG |
| | Maryanne Lewis DAG |

REMARKS: Conf. begins. Pltf hasn't filed p/t memo because materials taken from him - he is in the RHU. Claims reviewed. TP to file mtn to issue writs with the ct. for witnesses needed for trial. Clerk to provide copies of docus 65 + 75 to pltf for use as exhibits. Trial expected 1½ day J/S Trial set for Mon. Feb 4th @ 9:30. Brief in support of mtn for writs + mtn due by 1/15/01. Br. oppo due 1/22. No reply brief. Prop Voir dire quest. due 2/4/02. Points for chg due 2/4. Order to issue. Ct recesses.

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061300