*see all*

85 pm
12/3/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. **1:CV-00-0895** |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, | : | |
| ROBERT S. BITNER, | : | |
| DAVID J. WAKEFIELD, | : | |
| TERRY L. WHITMAN, | : | |
| JACK ALLAR, | : | |
| LARRY LIDGETT, | : | |
| LT. DECKER, | : | |
| MAJOR YANCY and | : | |
| JEFFREY A. RACKOVAN, | : | |
| Defendants | : | |

FILED
HARRIS...
NOV 30 2001
MARY E...
PER...

<u>ORDER</u>

AND NOW, this 30th day of November, 2001, **IT IS HEREBY ORDERED** that:

1. Trial shall commence with jury selection on February 4, 2002[1] at 9:30 a.m. in Courtroom No. 5, 11th Floor, Federal Building, Harrisburg, Pennsylvania.

2. On or before January 8, 2002, the plaintiff shall file a motion with a brief in support requesting that the inmate witnesses that he intends to call at trial be produced at trial pursuant to writs of habeas corpus ad testificandum.

---

[1] While at the pretrial conference a trial date of February 11, 2002 was selected, upon further consideration it is determined that February 4, 2002 is a better date for the trial.

AO 72A
(Rev 8/82)

The defendants may file a brief in opposition within one week after the motion is filed. No reply brief shall be filed.

3. On or before January 28, 2002, the parties shall submit any proposed voir dire questions.

4. On or before January 28, 2002, the parties shall submit any proposed points for charge.

*J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: November 30, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 30, 2001

Re:  1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk
to the following:

    Terrance Montague
    SCI-R
    SCI at Rockview
    BZ-2761
    P.O. Box A
    Bellefonte, PA  16823

    Gregory R. Neuhauser, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, Pa  17120

    Maryanne M. Lewis, Esq.
    Office of the Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

```
cc:
Judge                            (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                 (✓)            ( ) INS
U.S. Marshal                     ( )            (✓) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    (✓)
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )    PA Atty Gen  ( )
```

|  |  |  |  |
|---|---|---|---|
| Bankruptcy Court | ( ) | DA of County ( ) | Respondents ( ) |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 11/30/01

BY: _____
Deputy Clerk