CC: MJ Smyser; USM; Neuhauser; Montague; Warden at Rockview; Warden at SCI Camp Hill (Dragovich); Pa Dept Corrections Ctrm Dpty Stats (Jeffrey Beard)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. 1:CV-00-0895 |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, ROBERT S. BITNER, DAVID J. WAKEFIELD, TERRY L. WHITMAN, JACK ALLAR, LARRY LIDGETT, LT. DECKER, MAJOR YANCY and JEFFREY A. RACKOVAN, Defendants | : | FILED HARRISBURG, PA NOV 30 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution at Rockview are directed to produce the person of **Terrance Montague, Number BZ-2761** at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on February 4, 2002, at 9:30 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

AO 72A
(Rev 8/82)

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

_____
J. Andrew Smyser
Magistrate Judge

Dated: November 30, 2001.