1 Ct.

DATE: 12-13-01

Dear Judge Smyser,

Mag J Smyser  (88)
1-00-cv-895  12/10

My name is Terrance Montague, BZ-2761 am a inmate of Rockview prison, I was brought from Rockview to Camphill for a pretrial conference on 11-30-01 and I been at Camphill ever since, then on 12-13-01 while I was still at Camphill the shakedown officer's came to my cell and search my cell and the officer hit my head on the wall and push my back up against the door, and they also ~~went~~ through my legal work in the trash. Please get me out of this jail

FILED
HARRISBURG, PA
DEC 17 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Thank you much

Terrance Mont