UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

December 21, 2001

Maryanne M. Lewis
Deputy Attorney General
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

FILED
HARRISBURG, PA

DEC 2 6 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

Re: *Montague v. Meyers*
Civil No. 1:00-CV-0895

Dear Ms. Lewis:

    Mr. Montague complains in the enclosed letter of being kept at SCI Camp Hill after his November 30 pretrial conference. There may well be a good explanation for the delay in his return to SCI Rockview. It is not, however, what any of us expected, I think, after the November 30 conference. Perhaps you can look into this.

    Thank you.

Sincerely,

J. Andrew Smyser
Magistrate Judge

Enclosure