*see all*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,  :
   Plaintiff  :
                              :    No. 1:CV-00-0895
v.                :
                              :    (Magistrate Judge Smyser)
ROBERT W. MEYERS, et al.,  :
   Defendants  :

FILED
HARRISBURG, PA

JAN 17 2002

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, the _17TH_ day of _JANUARY_, 2002, upon consideration of the defendants' motion to file their memorandum in opposition to plaintiff's writ of habeas corpus ad testificandum nunc pro tunc, it is HEREBY ORDERED that said motion is GRANTED. Defendants' memorandum in opposition to plaintiff's writ of habeas corpus ad testificandum filed on January 16, 2002, shall be deemed timely filed.

By the Court,

_/s/ J. Andrew Smyser_
J. Andrew Smyser
United States Magistrate Judge

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          January 17, 2002


Re:  1:00-cv-00895    Montague v. Meyers



True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120
```

```
cc:
Judge                         ( )              ( ) Pro Se Law Clerk
Magistrate Judge              (/)              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen  ( )    PA Atty Gen ( )
```

```
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____ ( )
                                           MARY E. D'ANDREA, Clerk

      DATE:  ___1-17-02___              BY: ___/s/_____
                                               Deputy Clerk
```