●ORIGINAL●

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,           :
        Plaintiff             :
                              :   No. 1:CV-00-0895
    v.                        :
                              : (Magistrate Judge Smyser)
ROBERT W. MEYERS, et al.,     :
        Defendants            :

**DOCUMENTS IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN OPPOSITION T0
PLAINTIFF'S PETITION FOR WRIT OF HABEAS
CORPUS AD TESTIFICANDUM NUNC PRO TUNC**

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By:   MARYANNE M. LEWIS
      Deputy Attorney General

      SUSAN J. FORNEY
      Chief Deputy Attorney General
      Chief, Litigation Section

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA  17120
FAX:  (717) 772-4526
Direct Dial:  (717) 787-9719
DATE:  January 16, 2002

# APPENDIX A

```
USER ID: U013259            PA DEPT. OF CORRECTIONS        PRODUCTION
TERM ID: 5C12            INMATE BED ASSIGNMENT SYSTEM         DATE:  1/
SESSION: 1                  INMATE CONTACT HISTORY            TIME: 11:
================================================================================
DCN: BZ2761    NAME: MONTAGUE, TERRANCE
RACE: B  SEX: M   SID: 2080699 1      PHILA PHOTO: 716151     SSN1: 202-
DOB: 3/10/1971  PBPP:                 PITTS PHOTO:            SSN2:
--------------------------------------------------------------------------------
INMATE                           HOUS   SEC/CUST              TIME
NUMBER   HOUSING LOCATION        STAT   LEVEL    DATE IN      IN    DATE OUT
------   -----------------       ----   -------- ----------   ----- ----------
DZ4826   ROC A  A  2041  2              3/3     11/29/1999   11:28  3/25/2000
BK2409   ROC A  A  2017  1              3/3     10/13/1999   09:40 12/27/1999
AS1307   ROC A  A  2017  2              3/2     10/13/1999   09:38  1/04/2000
CZ1789   ROC D  A  1039  1       RHU    3/5     11/24/1999   11:21 11/29/1999
DS4654   ROC D  A  1039  2       RHU    3/5     11/24/1999   15:36 11/29/1999
AY7228   ROC D  A  2022  2              3/3      7/12/1999   20:52  7/22/1999
CJ4504   ROC D  A  2022  1              3/2      7/12/1999   20:52  2/22/2000
AS0679   ROC D  A  3031  2              3/3      7/12/1999   20:52  7/19/1999
AY7228   ROC D  A  3031  1              3/3      7/22/1999   12:40 10/06/1999
AJ1623   016 V1 08 BUS                  2        5/19/1999   12:14  5/19/1999
================================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```

```
USER ID: U013259              PA DEPT. OF CORRECTIONS      PRODUCTION
TERM ID: 5C12               INMATE BED ASSIGNMENT SYSTEM   DATE:   1/
SESSION: 1                     INMATE CONTACT HISTORY      TIME:  11:
===============================================================================
DCN: BZ2761    NAME: MONTAGUE, TERRANCE
RACE: B  SEX: M   SID: 2080699 1     PHILA PHOTO: 716151    SSN1: 202-
DOB: 3/10/1971  PBPP:                PITTS PHOTO:           SSN2:
```

| INMATE NUMBER | HOUSING LOCATION | | | | HOUS STAT | SEC/CUST LEVEL | DATE IN | TIME IN | DATE OUT |
|---|---|---|---|---|---|---|---|---|---|
| **AY8726 | ROC | A | A | 3032 2 |     | 3   | 7/12/1999  | 20:52 | 5/05/2000 |
| DM8173   | ROC | G | B | 1012 2 | RHU | 5/5 | 4/18/2000  | 11:39 | 5/12/2000 |
| DM8173   | ROC | G | B | 1012 2 | RHU | 5/5 | 4/18/2000  | 11:39 | 5/12/2000 |
| DN7579   | ROC | A | A | 3018 2 |     | 3/2 | 10/18/1999 | 14:15 | 4/05/2000 |
| DF7939   | ROC | A | A | 5014 2 |     | 3/2 | 2/29/2000  | 10:54 | 4/13/2000 |
| DF7939   | ROC | A | A | 5018 1 |     | 3/2 | 2/04/2000  | 10:57 | 2/17/2000 |
| DF7939   | ROC | A | A | 5018 2 |     | 3/2 | 2/17/2000  | 08:51 | 2/29/2000 |
| CM2592   | ROC | A | A | 5018 1 |     | 3/4 | 1/26/2000  | 11:16 | 2/03/2000 |
| DF7939   | ROC | A | A | 5018 1 |     | 3/2 | 2/04/2000  | 10:57 | 2/17/2000 |
| DM3929   | ROC | A | A | 2041 1 |     | 3/4 | 2/03/2000  | 09:30 | 3/21/2000 |

```
===============================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```



```
USER ID: U013259              PA DEPT. OF CORRECTION           PRODUCTION
TERM ID: 5C12               INMATE BED ASSIGNMENT SYSTEM        DATE:  1/
SESSION: 1                     INMATE CONTACT HISTORY           TIME: 11:
==========================================================================
DCN: BZ2761    NAME: MONTAGUE, TERRANCE
RACE: B  SEX: M   SID: 2080699 1      PHILA PHOTO: 716151       SSN1: 202-
DOB:  3/10/1971  PBPP:                PITTS PHOTO:              SSN2:
--------------------------------------------------------------------------
                                  HOUS   SEC/CUST                TIME
INMATE
NUMBER   HOUSING LOCATION         STAT   LEVEL     DATE IN       IN     DATE OUT
------   ----------------         ----   -------   ---------     -----  ----------
DQ2766   ROC G  B  1011  2        RHU    5/5       6/28/2000     09:10  7/11/2000
DY0663   ROC G  B  1011  1        RHU    5/5       6/28/2000     08:35  7/12/2000
BU6982   ROC G  B  1011  2        RHU    5/5       5/02/2000     09:48  5/23/2000
EG2626   ROC G  B  1011  1        RHU    5/5       5/15/2000     12:20  6/02/2000
EA4060   ROC G  B  1011  2        RHU    5/5       6/13/2000     12:21  6/28/2000
CY6468   ROC A  A  1032  1               3/3       2/23/2000     10:12  5/04/2000
AS0679   ROC A  A  1032  2               3/3       5/04/2000     11:26  5/11/2000
EC4895   ROC A  A  1032  1               3/3       5/23/2000     11:16  6/30/2000
BW1477   ROC A  A  1038  1               3/3       3/22/2000     13:39  5/03/2000
BW1477   ROC A  A  1038  2               3/3       5/03/2000     09:15  6/10/2000
==========================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```

```
USER ID: U013259                PA DEPT. OF CORRECTIONS        PRODUCTION
TERM ID: 5C12                 INMATE BED ASSIGNMENT SYSTEM       DATE:  1/
SESSION: 1                       INMATE CONTACT HISTORY          TIME: 11:
==============================================================================
DCN: BZ2761     NAME: MONTAGUE, TERRANCE
RACE: B  SEX: M   SID: 2080699 1       PHILA PHOTO: 716151       SSN1: 202-
DOB: 3/10/1971   PBPP:                 PITTS PHOTO:              SSN2:
------------------------------------------------------------------------------
                                 HOUS   SEC/CUST                 TIME
INMATE
NUMBER   HOUSING LOCATION        STAT   LEVEL      DATE IN       IN   DATE OUT
------   ----------------        ----   --------   ----------    ----- ----------
DL5722   016 V1 05 BUS                     2       12/27/2000    09:54 12/27/2000
DV8619   016 V1 06 BUS                     2       12/27/2000    09:54 12/27/2000
DV8619   ROC 3  C  1012  2       MHU      3/2      12/26/2000    20:19 12/27/2000
DY2168   ROC G  B  1001  2       RHU      5/5      10/11/2000    13:31 11/16/2000
EV6212   ROC D  A  1039  1       RHU      3/5       9/22/2000    09:24 10/05/2000
BG2850   ROC D  A  1039  2       RHU      3/5      10/09/2000    11:06 10/11/2000
AM9438   ROC A  A  1037  2                3/3       5/26/2000    08:40  7/31/2000
AY8458   ROC A  A  1037  2                3/3       9/07/2000    08:58  9/18/2000
AY8458   ROC A  A  1037  2                3/3       9/18/2000    15:46  9/25/2000
EA4060   ROC G  B  1011  2       RHU      5/5       6/13/2000    12:21  6/28/2000
==============================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```

(4)

※※ (marking next to AM9438 row)

```
USER ID: U013259              PA DEPT. OF CORRECTIONS        PRODUCTION
TERM ID: 5C12              INMATE BED ASSIGNMENT SYSTEM         DATE:  1/
SESSION: 1                    INMATE CONTACT HISTORY            TIME: 11:
================================================================================
DCN: BZ2761    NAME: MONTAGUE, TERRANCE
RACE: B  SEX: M    SID: 2080699 1      PHILA PHOTO: 716151    SSN1: 202-
DOB: 3/10/1971   PBPP:                 PITTS PHOTO:           SSN2:
--------------------------------------------------------------------------------
INMATE                          HOUS   SEC/CUST                TIME
NUMBER   HOUSING LOCATION       STAT   LEVEL     DATE IN       IN    DATE OUT
------   ----------------       ----   --------  ---------     ----- ---------
DX9609   ROC B  A  1041  2               3/2    5/10/2001     14:55  7/16/2001
EA8060   ROC G  A  1017  1      RHU      5/5    3/16/2001     11:57  4/02/2001
EA8060   ROC G  A  1017  2      RHU      5/5    4/02/2001     15:15  4/03/2001
DW4418   ROC G  A  1017  2      RHU      5/5    4/03/2001     09:08  5/29/2001
EK5203   ROC G  B  1010  2      RHU      5/5    3/13/2001     10:36  3/15/2001
DK5967   ROC G  B  1010  2      RHU      5/5    3/19/2001     10:01  4/03/2001
DT2947   ROC G  B  1010  1      RHU      5/5    2/12/2001     09:12  4/09/2001
BS9334   ROC A  A  1019  1               3/4   11/08/2000     10:24  2/23/2001
BS9334   ROC A  A  1019  2               3/3    2/23/2001     14:02  3/21/2001
BQ8377   010 V1 01 BUS                    2    12/27/2000     12:48 12/27/2000
================================================================================
F1 LOGOFF, F6 HELP, F18 (SHIFT/F6) FUNCTION KEY LIST
```

5

```
ROCKVIEW            Fax:814-355-XXXX    INMATE BED ASSIGNMENT SYSTEM        RUN:
                                           INMATE CELL HISTORY              DATE: 6/29/2001
UTER SERVICES                              INMATE NUMBER: BZ2761            PAGE:     1
TE PRINT TIME  9:38
```

INMATE NAME: MONTAGUE, TERRANCE

| LOC | BLDG | SECT | CELL DORM | BED NUM | HOUS STAT | SEC LVL | CUST LVL | DATE IN | DATE OUT |
|---|---|---|---|---|---|---|---|---|---|
|     |    |    |      |   |     |   |   | 8/31/1998 | 5/19/1999 |
| GRE |    |    | HOLD |   |     |   | 4 | 5/19/1999 | 5/19/1999 |
| 029 | B1 | 03 | BUS  |   |     |   | 4 | 5/19/1999 | 5/19/1999 |
| SMI |    |    | HOLD |   |     |   | 4 | 5/19/1999 | 5/19/1999 |
| 016 | V1 | 10 | BUS  |   |     |   | 4 | 5/19/1999 | 7/12/1999 |
| ROC |    |    | HOLD |   |     |   | 4 | 7/12/1999 | 7/22/1999 |
| ROC | D  | A  | 3031 | 1 |     | 3 | 4 | 7/22/1999 | 11/29/1999 |
| ROC | D  | A  | 2022 | 2 |     | 3 | 5 | 11/29/1999 | 11/29/1999 |
| ROC | D  | A  | 1039 | 1 | RHU | 3 | 3 | 11/29/1999 | 12/03/1999 |
| ROC | 3  | B  | 1001 | 1 | INF | 5 | 5 | 12/03/1999 | 12/06/1999 |
| ROC | G  | A  | 1001 | 1 | RHU | 5 | 5 | 12/06/1999 | 12/27/1999 |
| ROC | G  | B  | 1022 | 1 | RHU | 5 | 3 | 12/27/1999 | 1/04/2000 |
| ROC | A  | A  | 2017 | 1 |     | 3 | 5 | 1/04/2000 | 1/05/2000 |
| ROC | D  | A  | 1040 | 1 | RHU | 3 | 5 | 1/05/2000 | 2/01/2000 |
| ROC | G  | B  | 1024 | 1 | RHU | 5 | 4 | 2/01/2000 | 2/03/2000 |
| ROC | A  | A  | 2041 | 1 |     | 3 |   | 2/03/2000 | 2/03/2000 |
| ROC |    |    | HOLD |   |     |   | 4 | 2/03/2000 | 2/17/2000 |
| ROC | A  | A  | 5018 | 2 |     | 3 | 4 | 2/17/2000 | 2/29/2000 |
| ROC | A  | A  | 5018 | 1 |     | 3 | 4 | 2/29/2000 | 2/29/2000 |
| ROC | A  | A  | 5014 | 1 |     | 3 | 4 | 2/29/2000 | 4/04/2000 |
| ROC | A  | A  | 3018 | 1 |     | 3 | 5 | 4/04/2000 | 4/06/2000 |
| ROC | D  | A  | 1046 | 1 | RHU | 3 | 5 | 4/06/2000 | 4/18/2000 |
| ROC | G  | B  | 1012 | 2 | RHU | 5 |   | 4/18/2000 | 4/18/2000 |
| ROC |    |    | HOLD |   |     |   | 5 | 4/18/2000 | 4/26/2000 |
| ROC | G  | B  | 1012 | 1 | RHU | 5 | 4 | 4/26/2000 | 5/03/2000 |
| ROC | A  | A  | 3032 | 1 |     | 3 | 4 | 5/03/2000 | 5/04/2000 |
| ROC | A  | A  | 1038 | 1 |     | 3 | 4 | 5/04/2000 | 5/23/2000 |
| ROC | A  | A  | 1032 | 1 |     | 3 |   | 5/23/2000 | 5/23/2000 |
| ROC |    |    | HOLD |   |     |   | 5 | 5/23/2000 | 6/13/2000 |
| ROC | G  | B  | 1011 | 2 | RHU | 5 | 5 | 6/13/2000 | 6/13/2000 |
| ROC |    |    | HOLD |   |     |   | 5 | 6/13/2000 | 6/28/2000 |
| ROC | G  | B  | 1011 | 1 | RHU | 5 | 4 | 6/28/2000 | 10/05/2000 |
| ROC | A  | A  | 1037 | 1 |     | 3 | 5 | 10/05/2000 | 10/10/2000 |
| ROC | D  | A  | 1039 | 1 | RHU | 3 | 5 | 10/10/2000 | 11/03/2000 |
| ROC | G  | B  | 1001 | 1 | RHU | 5 | 4 | 11/03/2000 | 12/26/2000 |
| ROC | A  | A  | 1042 | 1 |     | 3 | 4 | 12/26/2000 | 12/27/2000 |
| ROC | 3  | C  | 1012 | 1 | MHU | 3 | 4 | 12/27/2000 | 12/27/2000 |
| 016 | V1 | 04 | BUS  |   |     |   | 4 | 12/27/2000 | 12/27/2000 |
| SMI |    |    | HOLD |   |     |   | 4 | 12/27/2000 | 12/27/2000 |
| 010 | V1 | 02 | BUS  |   |     |   | 4 | 12/27/2000 | 12/27/2000 |
| WAM |    |    | HOLD |   |     |   | 4 | 12/27/2000 | 12/27/2000 |
| WAM | C  | 2  | 1005 | 1 | ICU | 2 | 4 | 12/27/2000 | 1/11/2001 |
| WAM | C  | 2  | 1013 | 1 | ICU | 2 | 4 | 1/11/2001 | 1/11/2001 |
| WAM | C2 | 01 | BUS  |   |     |   |   | 1/11/2001 | 1/11/2001 |
| WAM |    |    | HOLD |   |     |   | 4 | 1/11/2001 | 2/23/2001 |
| ROC | A  | A  | 1002 | 1 |     | 3 | 4 | 2/23/2001 | 3/15/2001 |
| ROC | A  | A  | 1019 | 1 |     | 3 | 5 | 3/15/2001 | 3/15/2001 |
| ROC | A  | AC | 1036 | 1 | RHU | 3 | 5 | 3/15/2001 | 3/19/2001 |
| ROC | D  |    | 1010 | 2 | RHU | 5 |   |           |           |
| ROC | G  | B  |      |   |     |   |   |           |           |



49a



COMMONW
EXHI
A

```
ROCKVIEW         F    814-355-6052         Jun 29 '01   12:13    P.03
         CORRECTIONS         INMATE BED ASSIGNMENT SYSTEM    RUN:    GR501RPT
  TER SERVICES                 INMATE CELL HISTORY          DATE:   6/29/2001
  TE PRINT TIME   9:38        INMATE NUMBER: BZ2761         PAGE:         2
```

INMATE NAME: MONTAGUE, TERRANCE

| LOC | BLDG | SECT | CELL DORM | BED NUM | HOUS STAT | SEC LVL | CUST LVL | DATE IN | DATE OUT |
|---|---|---|---|---|---|---|---|---|---|
| ROC | | | HOLD | | | | | 3/19/2001 | 4/02/2001 |
| ROC | G | A | 1017 | 1 | RHU | 5 | 5 | 4/02/2001 | 4/30/2001 |
| ROC | B | A | 1041 | 1 | | 3 | 4 | 4/30/2001 | CURRENT |

46a

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE MONTAGUE,<br>Plaintiff | :<br>:<br>: No. 1:CV-00-0895 |
| v. | :<br>: (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, et al.,<br>Defendants | :<br>: |

## CERTIFICATE OF SERVICE

I, **Maryanne M. Lewis,** Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, I caused to be served a true and correct copy of the foregoing document **Memorandum of Law in Opposition to Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum Nunc Pro Tunc,** by depositing a cop of the same in the United States mail, first-class postage prepaid to the following:

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

*/s/ Maryanne M. Lewis*
**MARYANNE M. LEWIS**
**Deputy Attorney General**

**DATE: January 16, 2002**