*see a/b* (95)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE, | : | CIVIL NO. **1:CV-00-0895** |
| Plaintiff | : | |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, | : | |
| ROBERT S. BITNER, | : | |
| DAVID J. WAKEFIELD, | : | **FILED** |
| TERRY L. WHITMAN, | : | **HARRISBURG, PA** |
| JACK ALLAR, | : | |
| LARRY LIDGETT, | : | JAN 1 8 2002 |
| LT. DECKER, | : | |
| MAJOR YANCY and | : | MARY E. D'ANDREA, CLERK |
| JEFFREY A. RACKOVAN, | : | PER _____ /s/ _____ |
| Defendants | : | DEPUTY CLERK |

### ORDER

On January 4, 2002, the plaintiff filed a petition seeking issuance of writs of habeas corpus ad testificandum to secure the appearance of his proposed inmate witnesses at trial on February 4, 2002. The plaintiff listed seven inmate witnesses: Willie Boyd, Derrick Clay, Leon Hopkins, Eugene Simms, Elmer Burkins, Fareed Davis and Carl Frazier.

Writs will be issued for Clay, Hopkins, Simms and Davis.

The defendants do not object to writs for Clay, Hopkins and Simms.

AO 72A

The defendants object to a writ for Davis on the ground that his testimony would not be relevant. Although the plaintiff did not identify Davis by name as a proposed witness at the pretrial conference, the plaintiff did identify Davis by cell number at the pretrial conference. It appears that Davis's testimony may be arguably relevant.

The plaintiff failed to identify Boyd, Burkins and Frazier at the pretrial conference as potential witnesses. Therefore, writs will not be issued for Boyd, Burkins and Frazier.

AND NOW, this 18th day of January, 2002, **IT IS HEREBY ORDERED** that the plaintiff's petition for writs of habeas corpus ad testificandum is **GRANTED IN PART AND DENIED IN PART**. Writs will be issued for inmates Derrick Clay, Leon Hopkins, Eugene Simms and Fareed Davis. Writs will not be issued for Willie Boyd, Elmer Burkins and Carl Frazier.

J. Andrew Smyser
Magistrate Judge

Dated: January 18, 2002.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 18, 2002

Re: 1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

    Terrance Montague
    SCI-R
    SCI at Rockview
    BZ-2761
    P.O. Box A
    Bellefonte, PA  16823

    Gregory R. Neuhauser, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, Pa  17120

    Maryanne M. Lewis, Esq.
    Office of the Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

cc:
Judge                              (/)          ( ) Pro Se Law Clerk
Magistrate Judge                   (/)          ( ) INS
U.S. Marshal                       ( )          ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen  ( )    PA Atty Gen ( )

|                          |     |                    |
|--------------------------|-----|--------------------|
|                          |     | DA of County ( )   Respondents ( ) |
| Bankruptcy Court   ( )   |     |                    |
| Other _____ ( ) |     |                    |

MARY E. D'ANDREA, Clerk

DATE: ___1-18-02___                BY: ___[signature]___
                                        Deputy Clerk