faxed To Dale Brungart, Supervisor at SCI Rockview Records
CO: USM; 3 CHSCI (addresses Shengara, et al); Counsel; Pltf & Ctrm Apty;
PA Dept Corrections + Ct

ORIGINAL

```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,              :    CIVIL NO. 1:CV-00-0895
                                :
         Plaintiff              :
                                :
     v.                         :    (Magistrate Judge Smyser)
                                :
ROBERT W. MEYERS,               :
ROBERT S. BITNER,               :
DAVID J. WAKEFIELD,             :         FILED
TERRY L. WHITMAN,               :      HARRISBURG, PA
JACK ALLAR,                     :
LARRY LIDGETT,                  :       JAN 18 2002
LT. DECKER,                     :
MAJOR YANCY and                 :    MARY E. D'ANDREA, CLERK
JEFFREY A. RACKOVAN,            :    Per _____
         Defendants             :
```

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution at Rockview are directed to produce the person of **Leon Hopkins, Number AY-8726** at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on February 4, 2002, at 9:30 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

*J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: January 18, 2002.

2

AO 72A
(Rev 8/82)