*faxed to Dale Enungard Suprv. of Records at SCI Rockview*

ORIGINAL

cc: USM; 3CA SCI addresses (Shengara, et al) Pa Dept Correction Cnsl; Ptfs + Ctrm Dpty + Ck

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,                    :    CIVIL NO. **1:CV-00-0895**
                                      :
          Plaintiff                   :
                                      :
     v.                               :    (Magistrate Judge Smyser)
                                      :
ROBERT W. MEYERS,                     :
ROBERT S. BITNER,                     :
DAVID J. WAKEFIELD,                   :
TERRY L. WHITMAN,                     :    FILED
JACK ALLAR,                           :    HARRISBURG PA
LARRY LIDGETT,                        :
LT. DECKER,                           :    JAN 18 2002
MAJOR YANCY and                       :
JEFFREY A. RACKOVAN,                  :    Per _____ D'ANDREA, CLERK
          Defendants                  :

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The Department of Corrections of the Commonwealth of Pennsylvania and the Superintendent at the State Correctional Institution at Rockview are directed to produce the person of **Derrick Clay, Number BW-1477** at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on February 4, 2002, at 9:30 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

AO 72A
(Rev 8/82)

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: January 18, 2002.