2 Ct



(100)

1/28/02

~pg

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,            :

      Plaintiff            :

                      :   **No. 1:CV-00-0895**

v.            :

                      :   **(Magistrate Judge Smyser)**

ROBERT W. MEYERS, et al.,      :

      Defendants            :

FILED
HARRISBURG, PA

JAN 2 5 2002

MARY E. D'ANDREA, CL
Per
Deputy Clerk

## DEFENDANTS' AMENDED EXHIBIT LIST

Respectfully submitted,

**D. MICHAEL FISHER**
**Attorney General**

By: _____

**MARYANNE M. LEWIS**
**Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

**Office of Attorney General**
**15th Flr., Strawberry Sq.**
**Harrisburg, PA  17120**
**FAX:  (717) 772-4526**
**Direct Dial:  (717) 787-9719**
**DATE:  January 25, 2002**

AMENDED EXHIBIT LIST - MONTAGUE v. MEYERS, et al.

MAGISTRATE JUDGE SMYSER                                      NO. 1:CV-00-0895

MIDDLE DISTRICT, PENNSYLVANIA                               DATE: January 25, 2002

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|-------|-------|-------------------------------|------------|----------|--------|------------------|
|       | A | SCI-Rockview Contract for Residence On the Smoke Free Unit. | | | | |
|       | B | Medical Records of Terrance Montague from May, 1999 to May 2001. | | | | |
|       | C | Inmate Requests to Staff Member (Inmate Grievances) submitted by Terrance Montague from May, 1999 to October 31, 2001. | | | | |
|       | D | Inmate Misconduct Report No. A 49157. | | | | |
|       | E | Inmate Bed Assignment System Log for Terrance Montague from May, 1998 to April 30, 2001. | | | | |
|       | F | Transcript of Deposition of Terrance Montague dated April 27, 2001. | | | | |
|       | G | Commissary Purchases: Terrance Montague from 6/1/99 to 12/03/01 | | | | |

Page 2 - Amended Exhibit List - Montague v. Meyers, et al.
No. 1:CV-00-0895 (Magistrate Judge Smyser)

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | H | Memorandum dated November 14, 2000 Re: B and C Building Security Window Update to: Meyers From Bower | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,                   :
    **Plaintiff**                          :
                                :    No. 1:CV-00-0895

    v.                                   :
                                :    **(Magistrate Judge Smyser)**

ROBERT W. MEYERS, et al.,             :
    **Defendants**                         :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on this date, I caused to be served a true and correct copy of the foregoing document Exhibit List, by depositing it in the United States mail, first-class postage prepaid to the following:

Terrance Montague, BZ-2761
SCI-Rockview
Box A
Bellefonte, PA 16823-0820

_____
**MARYANNE M. LEWIS**
**Deputy Attorney General**

**DATE:  January 25, 2002**