CC: Ct, Joan, Marlene



# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | Consent |
|---|---|---|
| Montague v. Meyers, et al. | 1:00-CV-895 | Ctrm. #2 |

| Proceeding: | Jury Selection |
|---|---|

| Set For: | Mon., Feb. 4, 2002 | At: | 9:30 a.m. |
|---|---|---|---|

| Time Commenced: | 9:30 | Time Terminated: | 10:30 |
|---|---|---|---|

| For Plaintiff: | For Defendants: |
|---|---|
| Terrence Montague, *pro se* plaintiff | Maryanne Lewis, DAG |
|  | Gregory Neuhauser, DAG |

**PLAINTIFF'S WITNESSES:**      **DEFENDANT'S WITNESSES:**

| | | | | | |
|---|---|---|---|---|---|
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |

FILED
HARRISBURG
FEB 0 4 2002
MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET (Witness)

REMARKS: Voir dire oath given prior to opening of ct. Court opens. 14 names called. 2 Released for cause: Brenda Perry; Ismael Munoz; 6 Peremptory Challenges exercised. 8 jurors Chosen. Jury sworn.

MARY E. D'ANDREA, CLERK
By: JOAN SAYERS, DEPUTY CLERK

COURT REPORTER: Vicki Fox
Tape ____ Side ____ Counter ____ to ____ Box ____