cc: CA + Joan

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

106
2/4/02

| Caption | Civil No. | Consent |
|---|---|---|
| Montague v. Meyers, et al. | 1:00-CV-895 | Ctrm. #2 |

| Proceeding: | Jury Trial- Day 1 |
|---|---|

| Set For: | Mon., Feb. 4, 2002 | At: | 9:30 a.m. |
|---|---|---|---|

| Time Commenced: | 10:30 | Time Terminated: | 4:32 |
|---|---|---|---|

| For Plaintiff: | For Defendants: |
|---|---|
| 1) Terrence Montague, *pro se* plaintiff | 2) Maryanne Lewis, DAG |
|  | 3) Gregory Neuhauser, DAG |

**PLAINTIFF'S WITNESSES:** / **DEFENDANT'S WITNESSES:**

| Plaintiff Witness | | | Defendant Witness | | |
|---|---|---|---|---|---|
| Terrence Montague | Examined | 1. | Jerry L. Whitman | Examined | 2 |
|  | Cross Exam'd | 2,1,2 |  | Cross Exam'd | 1,2,1 |
| Robert Davis | Examined | 1 | John Michael "Jack" Aclar | Examined | 2- |
|  | Cross Exam'd | — |  | Cross Exam'd |  |
| Eugene Simms | Examined | 1 |  | Examined |  |
|  | Cross Exam'd | 2 |  | Cross Exam'd |  |
| Leon Thomas Hopkins | Examined | 1 |  | Examined |  |
|  | Cross Exam'd | — |  | Cross Exam'd |  |
| Derrick Clay | Examined | 1 |  | Examined |  |
|  | Cross Exam'd | — |  | Cross Exam'd |  |
|  | Examined |  |  | Examined |  |
|  | Cross Exam'd |  |  | Cross Exam'd |  |

FILED
HARRISBURG, PA

FEB 04 2002

MARY E. D'ANDREA, CLERK

**REMARKS:**

Trial begins. Ct instructs jury as to procedures/what is evid. Opening statements made. Pltf's case begins with testimony. Plaintiff rests. Oral mtn by defts under Rule 50. Mtn is denied. Defts' begin with testimony. Ct to resume @ 10:00 on 2/5/02.

MARY E. D'ANDREA, CLERK
By: JOAN SAYERS, DEPUTY CLERK

COURT REPORTER: Vicki Fox
Tape ____ Side ____ Counter _____ to _____ Box ____

Montague v. Meyers et al
1:00 CV-895

## WITNESS ACTIVITY LIST

| Start | End | ? Time | Side Bars | Dir. | Cross | Redir. | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 10:30 | 10:40 | 10 min | | | | | | | Opening remarks of Court |
| 10:40 | 10:43 | 3 min | | | | | | 1 | Open. Statement by Mr. Montague |
| 10:43 | 10:48 | 5 min | | | | | | 2 | Open. Statement by Ms. Lew |
| 10:48 | 11:05 | 17 min | | | | | | | AM Break |
| 11:05 | 12:30 | | | ✓ | | | | 1 | Terrence Montague |
| 12:30 | 1:47 | 1 hr 17 min | | | | | | | Lunch Break |
| 1:47 | 2:20 | 33 min | | ✓ | | | | ~~2~~ 1 | Terrence Montague |
| 2:20 | 2:25 | 5 min | | | ✓ | | | 2 | " " |
| 2:25 | 2:32 | 7 min | | | | ✓ | | 1 | Terrence Montague |
| 2:32 | 2:35 | 3 min | | | | | ✓ | 2 | " " |
| 2:37 | 2:41 | 4 min | | ✓ | | | | 1 | Robert Davis |
| 2:44 | 2:46 | 2 min | — | ✓ | | | | 1 | Eugene Simms |
| 2:46 | 2:50 | 4 min | | | ✓ | | | 2 | " " |
| 2:53 | 2:55 | 2 min | | ✓ | | | | 1 | Leon Thomas Hopkins |
| 2:57 | 2:59 | 2 min | — | ✓ | | | | 1 | Derrick Clay |
| 3:00 | 3:15 | 15 min | ~~Defense/Govt case begins~~ | | | | | | PM Break ~~Jerry Whitman~~ |
| 3:15 | 3:18 | 3 min | | | | | | | Def R150 mtn-denied |
| 3:18 | 3:47 | 29 min | — | ✓ | | | | 2 | Jerry Whitman |
| 3:47 | 3:57 | 10 min | | | ✓ | | | 1 | " " " |
| 3:57 | 4:00 | 3 min | | | | ✓ | | 2 | " " " |
| 4:00 | 4:04 | 4 min | | | | | ✓ | 1 | " " |

## WITNESS ACTIVITY LIST

| Start | End | ? Time | Side Bars | Dir. | Cross | Redir. | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 4:04 | 4:32 | | — | ✓ | | — | | 2 | Jack Allar — John Micha |