

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA



| Caption | Civil No. | Consent |
|---|---|---|
| Montague v. Meyers, et al. | 1:00-CV-895 | Ctrm. #2 |

| Proceeding: | Jury Trial- Day 2 |
|---|---|

| Set For: | Tues., Feb. 5, 2002 | At: | 10:00 a.m. |
|---|---|---|---|

| Time Commenced: | 10:09 | Time Terminated: | 3:40 pm. |
|---|---|---|---|

| For Plaintiff: | For Defendants: |
|---|---|
| 1) Terrence Montague, *pro se* plaintiff | 2) Maryanne Lewis, DAG |
|  | 3) Gregory Neuhauser, DAG |

**PLAINTIFF'S WITNESSES:**     **DEFENDANT'S WITNESSES:**

|  |  | Witness | |  |
|---|---|---|---|---|
| | Examined | "Jack" Allar | Examined | 2 |
| | Cross Exam'd |  | Cross Exam'd | 1,2 - |
| | Examined | Robin Kerstetter | Examined | 2 |
| | Cross Exam'd |  | Cross Exam'd | 1,2 - |
| | Examined | Larry Lidgett | Examined | 2 |
| | Cross Exam'd |  | Cross Exam'd | 1,2,1 |
| | Examined | Jeffrey Backovan | Examined | 2, |
| | Cross Exam'd |  | Cross Exam'd | 1,2,1 |
| | Examined |  | Examined | |
| | Cross Exam'd |  | Cross Exam'd | |
| | Examined |  | Examined | |
| | Cross Exam'd |  | Cross Exam'd | |



FILED
HARRISBURG, PA
FEB 0 5 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**REMARKS:**

Ct resumes. Direct testimony of Allar continues. Additional testimony heard. Defts move exhs + rest. Pltf's exhs. moved. Points for charge + Spec Verdict slip reviewed. Closings + charge to occur on 2/6 @ 9:00. 20 min per side closings to be permitted. Defts renew R50 mtn on Wakefield, Whilman, Meyers, Bitner + Decker & Yancy claims by Pltf. Mtn denied. Ct to resume at 9 AM on 2/6.

MARY E. D'ANDREA, CLERK
By: JOAN SAYERS, DEPUTY CLERK

COURT REPORTER: Monica Jameika

Tape ____ Side ____ Counter ____ to ____ Box ____

## WITNESS ACTIVITY LIST

| Start | End | ? Time | Side Bars | Dir. | Cross | Redir. | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 10:09 | 10:23 | 14 min | — | ✓ | | | | 2 | "Jack" Allar |
| 10:23 | 10:31 | 8 min | — | | ✓ | | | 1 | " " |
| 10:31 | 10:32 | 1 min | | | | ✓ | — | 2 | " " |
| 10:32 | 10:53 | 31 min | — | ✓ | | | | 2 | Robin L. Kerstetter |
| 10:53 | 11:03 | 8 min | | | ✓ | | | 1 | " " |
| 11:03 | 11:04 | 2 min | | | | ✓ | — | 2 | " " |
| 11:04 | 11:30 | 26 min | — | ✓ | | | | 2 | Larry L. Lidgett, RN |
| 11:30 | 11:45 | 15 min | | | | | | | AM Break |
| 11:45 | 12:32 | | — | ✓ | | | | 2 | Larry L. Lidgett, RN |
| 12:32 | 1:48 | 1 hr 16 min | | | | | | | Lunch Break |
| 1:48 | 2:08 | 20 min | — | | ✓ | | | 1 | Larry Lidgett RN. |
| 2:08 | 2:12 | 4 min | | | | ✓ | — | 2 | " " |
| 2:12 | 2:21 | 9 min | | | | | ✓ | 1 | " " |
| 2:21 | 2:38 | 17 min | — | ✓ | | | | 2 | Jeffrey Rackovan |
| 2:38 | 2:42 | 4 min | — | | ✓ | | | 1 | " " |
| 2:42 | 2:48 | 6 min | | | | ✓ | — | 2 | " " |
| 2:48 | 2:55 | 7 min | | | | | ✓ | 1 | " " |
| 2:55 | 3:35 | | | | | | | | Go over points for charge etc. |