CC: CA; Jury Clerk; Stats

(108)
2/8/02
JSM

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | Consent |
|---|---|---|
| Montague v. Meyers, et al. | 1:00-CV-895 | Ctrm. #2 |

| Proceeding: | Jury Trial- Day 3 |
|---|---|

| Set For: | Wed., Feb. 6, 2002 | At: | 9:00 a.m. |
|---|---|---|---|

| Time Commenced: | 9:00 am. | Time Terminated: | 11:22 am |
|---|---|---|---|

| For Plaintiff: | For Defendants: |
|---|---|
| Terrence Montague, *pro se* plaintiff | Maryanne Lewis, DAG |
|  | Gregory Neuhauser, DAG |

**PLAINTIFF'S WITNESSES:**                **DEFENDANT'S WITNESSES:**

| | Examined | | | Examined | |
|---|---|---|---|---|---|
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |
| | Examined | | | Examined | |
| | Cross Exam'd | | | Cross Exam'd | |

FILED
HARRISBURG
FEB 0 6 2002
MARY E. D'ANDREA
Per _____ Deputy Clerk

**REMARKS:**

Court opens. Closing arguments made. Jury charge made by the Ct. Deliberations begin at 10:09. Verdict returned at 11:17 am in favor of defendants. Jury thanked + released. Ct recesses.

MARY E. D'ANDREA, CLERK
By: JOAN SAYERS, DEPUTY CLERK

COURT REPORTER: Monica Zemiska.
Tape ____ Side ____ Counter _____ to _____ Box ____

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET (Witness)

## WITNESS ACTIVITY LIST

| Start | End | ? Time | Side Bars | Dir. | Cross | Redir. | Re-cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:00 | 9:13 | | | | | | | 1 | Mr. Montague closing argum[ent] |
| 9:13 | 9:33 | | | | | | | 2 | Ms. Lewis' closing argu[ment] |
| 9:35 | 9:36 | | | | | | | 1 | Rebuttal argu. by Monta[gue] |
| 9:36 | 10:09 | | | | | | | | Jury charge by the C[ourt] |
| 10:09 | 11:17 | | | | | | | | Deliberations begin. |
| 11:17 | 11:18 | | | | | | | | Verdict returned |