LIST OF EXHIBITS

MAGISTRATE JUDGE: J.A. Smyser
Hug. _____ Pennsylvania

Terrence Montague v. Robert Meyers et al   NO. 00CV-895
DATE 2/4/02

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| 1 | | Request Slip/Letter to Allar 3/10/01 | 2/4/02 | 2/5/02 | Adm | Terrence Montague |
| 2 | | Grievance Form + Response 12/31/99 | 2/4/02 | " | " | " |
| 3 | | Response / Grievance 12/28/99 | 2/4/02 | " | " | " |
| 4 | | Grievance 2/7/00 Kushwara | 2/4/02 | " | " | " |
| 4 | | Answer by Racovan in cell by himself | 2/4/02 | " | " | " |
| 4 | | Grievance to Warden Meyers 2/2/00 | 2/4/02 | " | " | " |
| 4 | | Response by Sup't Meyers 3/1/00 | 2/4/02 | " | " | " |
| 4 | | Grievance to Camp Hill 4/28/00 | 2/4/02 | " | " | " |
| | 5 | Chief Hrg Examiner 3/17/00 Bitner | 2/4/02 | " | " | " |
| | 5 | 4/28/00 Grievance to Racovan | 2/4/02 | " | " | " |
| | 6 | 4/28/00 Response to Grievance | 2/4/02 | " | " | " |
| | 6 | 4/28/00 Grievance (Racovan) | 2/4/02 | " | " | " |
| | 6 | 4/30/00 Response to Grievance | 2/4/02 | " | " | " |
| | 6 | 8/21/00 Appeal to Grievance Response Meyers to Montague | 2/4/00 | " | " | " |
| 7 | | 5/4/00 Grievance to Racovan | 2/4/00 | " | " | " |
| 8 | | Grievance 12/3/00 to Racovan | 2/4/00 | " | " | " |

FILED
HARRISBURG, PA
FEB 06 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MAG.
JUDGE J.A.Smyser

Harrisburg, Pennsylvania

LIST OF EXHIBITS

Montague v. Mayer, et al.

NO. _____
DATE _____

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| P8 | | 12/20/00 Appeal to Meyers | 2/4/02 | 2/5/02 | adm | Terrence Montague |
| 9 | | 2/30/01 Grievance to Rackovan | 2/4/02 | " | " | " |
| 10 | | Policy Smoking Contract 7/28/94 - 10/1/08 | 2/4/02 | " | " | " |
| 11 | | Complaint filed in Fed Ct. Supplement thereto + answer | 2/4/02 | " | " | " |
| P12 | | Medical Records 12/29/97 | 2/4/02 | " | " | " |
| 13 | | Medication Administration Record 11/30/98 | 2/4/02 | " | " | " |
| 14 | | 7/15/79 - Physicians Orders | 2/4/02 | " | " | " |
| 15 | | 4/28/00 + 5/11/00 Assessment Medical Record Entries | 2/4/02 | " | " | " |
| 16 | | Medical Clearance Form 5/11/00 | 2/4/02 | " | " | " |
| 17 | | 7/11/00 Medical Clearance Form | 2/4/02 | " | " | " |
| 18 | | 7/18/00 Medical Record | 2/4/02 | " | " | " |
| 19 | | Physician Orders - 7/5/00 | 2/4/02 | " | " | " |
| 20 | | Med. Record. 7/11/00 | 2/4/02 | " | " | " |
| 21 | | 7/18/00 Med Record | | | | |
| 22 | | Progress Notes 7/28/00 | 2/4/02 | | | |
| 23 | | Medical Record 8/2/2000 | | | | |

F5

JUDGE _____   Pennsylvania          LIST OF EXHIBITS   Montague v. Meyers

NO. _____   DATE _____

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| 24 | | Admissions of Lang Lidgett item "A,B" F+G | 2/4/02 | 2/5/02 | adm | Terrence Montague |
| 25 | | Admissions of Robert Meyers A,B,F | 2/4/02 | " | " | " |
| 26 | | Bed Assignment Records from Rockview + other (110 pgs) Response to request to move. | 2/4/02 | 2/5/02 | adm | " |
| 27 | | Copy of Grievance 10/6/01 to Rustello | 2/4/02 | 2/5/02 | a | " |
| 28 | | William Boyd Affidavit (D1) | 2/4/02 | objection 2/4/02 not admitted | " | " |