Defendant's

MAGISTRATE JUDGE SMYSER
AMENDED EXHIBIT LIST - MONTAGUE v. MEYERS, et al.
MIDDLE DISTRICT, PENNSYLVANIA

NO. 1:CV-00-0895
DATE: January 25, 2002

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | A | SCI-Rockview Contract for Residence On the Smoke Free Unit. | 2/5/02 | 2/5/02 | adm | Robin Pirilotta |
| | B | Medical Records of Terrance Montague from May, 1999 to May 2001. 3 volumes (pages 1, 3, 3A, 4+5 chronic illness sheet, 13) | 2/5/02 | 2/5/02 | adm | Larry Lidgett |
| | C (C-1) (C-3) (C-4) | Inmate Requests to Staff Member (Inmate Grievances) submitted by Terrance Montague from May, 1999 to October 31, 2001. | 2/5/02 2/5/02 2/5/02 | 2/5/02 2/5/02 2/5/02 | adm adm adm | "R. Kerstetter" "Jack" Allan |
| | D | Inmate Misconduct Report No. A 49157. | 2/5/02 | 2/5/02 | adm | Jeffrey Rackovan |
| | E | Inmate Bed Assignment System Log for Terrance Montague from May, 1998 to April 30, 2001. | 2/4/02 | 2/5/02 | adm | "Jack" Allan |
| | F | Transcript of Deposition of Terrance Montague dated April 27, 2001. | | | | |
| | G | Commissary Purchases: Terrance Montague from 6/1/99 to 12/03/01 | 2/5/02 | 2/5/02 | adm | R. Kerstetter |

FILED
HARRISBURG
FEB 06 2002
MARY E. D'ANDREA

Page 2 - Amended Exhibit List - <u>Montague v. Meyers, et al.</u>
No. 1:CV-00-0895 (Magistrate Judge Smyser)

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on stand |
|---|---|---|---|---|---|---|
| | H | Memorandum dated November 14, 2000 Re: B and C Building Security Window Update to: Meyers From Bower | 2/4/02 | 2/5/02 | adm | Jerry L. Whitmer |
| | B-108 6/4/01 | Medical Records | 2/5/02 | 2/5/02 | adm | Larry Lidgett |
| | B-109 12/2001 | Medical Records | 2/5/02 | 2/5/02 | adm | Larry Lidgett |