c to: Ct., Montague, Lewis

(11)
2/8/02
sm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE MONTAGUE,         :     CIVIL NO. **1:CV-00-0895**
                           :
      Plaintiff         :
                           :
v.                         :     (Magistrate Judge Smyser)
                           :
ROBERT W. MEYERS,          :
ROBERT S. BITNER,          :
DAVID J. WAKEFIELD,        :
TERRY L. WHITMAN,          :
JACK ALLAR,                :
LARRY LIDGETT,             :     **FILED**
LT. DECKER,                :     HARRISBURG, PA
MAJOR YANCY and            :
JEFFREY A. RACKOVAN,       :     FEB 0 6 2002
      Defendants         :
                                 MARY E. D'ANDREA, CLERK
                                 Per _____ Deputy Clerk

## VERDICT

1. Do you find that the plaintiff has a serious medical need?

    Yes _____       No __X__

If your answer is "Yes," go to Question No. 2. If your answer is "No," please alert the courtroom deputy that you have reached a verdict.

AO 72A
(Rev.8/82)

2. Do you find that one or more of the defendants was deliberately indifferent to the serious medical need of the plaintiff?

Yes _____    No _____

If your answer is "Yes," go to Question No. 3. If your answer is "No," please alert the courtroom deputy that you have reached a verdict.

3. Which of the defendants do you find to have been deliberately indifferent to the serious medical need of the plaintiff? (Place a check mark next to the name of each defendant that you find to have been deliberately indifferent to the serious medical need of the plaintiff):

_____ROBERT W. MEYERS

_____ROBERT S. BITNER

_____DAVID J. WAKEFIELD

_____TERRY L. WHITMAN

_____JACK ALLAR

_____LARRY LIDGETT

_____LT. DECKER

_____MAJOR YANCY

_____JEFFREY A. RACKOVAN

Go to Question No. 4.

2

AO 72A
(Rev.8/82)

      4. State the amount of damages sustained by the plaintiff: (If you find no actual damages you should award nominal damages).

      $_____

      Go to Question No. 5.

      5. State the amount, if any, of punitive damages that you are awarding to the plaintiff:

      $_____

      **Please alert the courtroom deputy that you have reached your verdict.**

*[signature: Candy Martin]*
Jury Foreperson

Dated: February 6, 2002.

3