*see attached*   Case file 112 2/8/02 JSM

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

TERRANCE MONTAGUE,
          Plaintiff

       v.                    CASE NUMBER: 1:00-CV-895

ROBERT W. MEYERS; ROBERT S. BITNER;
DAVID J. WAKEFIELD; TERRY L. WHITMAN;
JACK ALLAR; LARRY LIDGETT; LT. DECKER;
MAJOR YANCY and JEFFREY A. RACKOVAN,
          Defendants



FILED
FEB 0 7 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Memorandum and Order of Court dated October 25, 2001, that summary judgment on the plaintiff's retaliation claim is granted in favor of defendants Meyers, Bitner, Wakefield, Whitman, Allar, Lidgett, Decker, Yancy and Rackovan and against plaintiff, Terrence Montague.

Certified from the record
Date 2/7/02
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

**Date:** February 7, 2002          **Mary E. D'Andrea, Clerk of Court**

                                                **(By) Deputy Clerk**

```
            UNITED STATES DISTRICT COURT
                      FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                    February 7, 2002


Re:  1:00-cv-00895    Montague v. Meyers



True and correct copies of the attached were mailed by the clerk
to the following:


     Terrance Montague
     SCI-R
     SCI at Rockview
     BZ-2761
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120




cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               (✓)           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
```

2/7/02                                          [signature]