*See attached*   *Case file* 113 2/8/02 *ASM*

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

**JUDGMENT IN A CIVIL CASE**

TERRANCE MONTAGUE,
        Plaintiff

        v.                CASE NUMBER: 1:00-CV-895

ROBERT W. MEYERS; ROBERT S. BITNER;
DAVID J. WAKEFIELD; TERRY L. WHITMAN;
JACK ALLAR; LARRY LIDGETT; LT. DECKER;
MAJOR YANCY and JEFFREY A. RACKOVAN,
        Defendants



FILED
FEB 0 7 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

X    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the jury verdict rendered on February 6, 2002 that judgment is granted in favor of defendants Meyers, Bitner, Wakefield, Whitman, Allar, Lidgett, Decker, Yancy and Rackovan and against plaintiff, Terrence Montague.

Certified from the record
Date __2/7/02__
Mary E. D'Andrea, Clerk
Per _____
      Deputy Clerk

Date: February 7, 2002        Mary E. D'Andrea, Clerk of Court

                                  (By) Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 7, 2002

Re:  1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

Terrance Montague
SCI-R
SCI at Rockview
BZ-2761
P.O. Box A
Bellefonte, PA  16823

Gregory R. Neuhauser, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, Pa  17120

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

cc:
Judge                              (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)         ( ) INS
U.S. Marshal                       ( )         ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      (✓)
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to:  US Atty Gen  ( )   PA Atty Gen ( )

2/7/02