DATE: 2-11-02

cc: Ct

(114)
2-19-02
sc

00-895

Dear, Judge Smyser,

My name is Terrance Montague #BZ-2761 am writting to you because my trail is over, and they still have me and my four witnesses at S.C.I Camph Not only that I have 30 days from 2-6-02 to appeal my case and I can't do that whi Am here at Camphill, because I can't get to the law library so I can do the paper- work for my appeal. They have buses leaving Camphill everyday, to go to Smithfield and then to these jails, by this jail not letting me get to the law- library to do my work they is denieing me access to the court. May you please help me with this matter.



FILED
FEB 15 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

Thank you very much
Terrance Montague

cc: Lou Montague