CC:Ct

1:00-CV-0895

DATE: 2-11-02

115
2/20/0

Dear, Judge Smyser,

My name is Terrance Montague #BZ-2761 am writting to you because my trail is over, and they still have me and my four witnesses at S.C.I Camphill, not only that I have 30 days from 2-6-02 to appeal my case and I can't do that while I'm here at Camphill. Because I can't get to the Law Library so I can do the paper-work for my Appeal. They have buses leaving Camphill everyday, to go to Smithfield and then to three jails, by this jail not letting me get to the Law-Library to do my work they is Denieing me access to the court. May you please help me with this matter.

Thank you very much
Terrance Montague



M.S. Please draft a response.

CC. Lou Montague