In the United States District Court
For the Middle District of Pennsylvania

Copy
(117)

TERRANCE MONTAGUE,
   V. PLAINTIFF
ROBERT W. MEYERS, ET AL,
     DEFENDANTS

NOTICE OF APPEAL
CIVIL NO. 1: CV-00-0895
(MAGISTRATE JUDGE SMYSER

NOTICE IS HEREBY GIVEN THAT TERRANCE MONTAGUE, PLAINTIFF IN THE
ABOVE ENTITLED MATTER, HEREBY APPEAL TO THE UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT FROM THE FINAL JUDGMENT OR "JURY VERDICT
THAT THEY DO NOT FIND THAT THE PLAINTIFF HAS A SERIOUS MEDICAL NEED," ENTERED
N THIS ACTION ON THE 6 DAY OF FEB., 2002

DATE: 2-18-02



FILED
FEB 2 2 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

x Terrance Montague
TERRANCE MONTAGUE, BZ-2761
BOX A BELLEFONTE, PA 16823-0820

## INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

## FOR THE  MIDDLE  DISTRICT  OF  PENNSYLVANIA

### HARRISBURG, PA

**CAPTION:**

TERRANCE MONTAGUE

**V.**
ROBERT W. MEYERS, ET AL.

**DISTRICT COURT NO.**    1:00-CV-0895

**CT. OF APPEALS NO.**

**NOTICE OF APPEAL FILED**        Feb. 22, 2002        **Court Reporter:**    Monica Zamiska

**FILING FEE:**

**NOTICE OF APPEAL**        ___  **PAID**   _x_  **NOT PAID**    ___  **SEAMAN**

**DOCKET FEE**        ___  **PAID**   _x_  **NOT PAID**    ___  **USA**

**CJA APPOINTMENT: (Attach Copy of Order)**

_____   **PRIVATE ATTORNEY**

_____   **DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER**

_____   **MOTION PENDING**

**LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:**
        (Attach Copy of Order)

_X_   **MOTION GRANTED(IN FIRST INSTANCE)**

_____   **MOTION DENIED (IN FIRST INSTANCE)**

_____   **MOTION PENDING BEFORE DISTRICT JUDGE**

**CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):**
        (Attach copy of Order)

_____   **GRANTED**

_____   **DENIED**

_____   **PENDING**

**COPIES TO:**
Mag. Judge J. Andrew Smyser
Terrance Montague, Plaintiff
MaryAnne Lewis, Esquire
Gregory Neuhauser, Esquire
Monica Zamiska, Court Reporter
File Copy

**PREPARED BY:**   Shawna L. Cihak

**Deputy Clerk**

**Date:**   February 25, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Harrisburg:   (717) 221-392
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

RE:      MONTAGUE  v.  MEYERS, et al.
         USDC NO:  1:00-CV-895
         USCA NO:
         E-mail Account: All correspondence should be sent to the e-mail account:
         PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

    **X**           **Civil Prisoner Case: Case file and docket sheet available through RACER.**

    _____           **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

    _____           **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

    _____           **Civil Prisoner Case: \_\_\_ Supplemental Record filed.  Documents and docket sheet available through RACER.**

    _____           **Non-Prisoner Civil Case or Criminal Case:
\_\_\_\_ Supplemental Record filed.  Docket Sheet available through RACER.**

        **The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date:   February 25, 2002