## Return Receipt

| | |
|---|---|
| Your document: | 1:00-cv-895 Notice of Appeal |
| was received by: | Patricia Coleman/CA03/03/USCOURTS |
| at: | 02/26/2002 04:53:08 PM |

**FILED**
HARRISBURG, PA
FEB 2 6 2002
MARY E. D'ANDREA, CLERK
Per _____