OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4926

**FILED**
**HARRISBURG**

FEB 2 8 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

(February 28, 2002)

**NOTICE OF DOCKETING OF APPEAL**

**Terrance Montague, Appellant**
v.
**Robert W. Meyers, et al**
**No.: 02-1568 (District Court No. 00-cv-895)**

**(Honorable J. Andrew Smyser)**

An appeal by **(Terrence Montague)** was filed in the above-caption case on (02/22/02), and docketed in this Court on (2/28/02), at No. **(02-1568)**.

Kindly use the Appeals Docket No. **(02-1568)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Carolyn_Hicks)** at (Carolyn _Hicks@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**