*sealed*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE MONTAGUE,<br>      Plaintiff<br>  v.<br><br>ROBERT W. MEYERS,<br>ROBERT S. BITNER,<br>DAVID J. WAKEFIELD,<br>TERRY L. WHITMAN,<br>JACK ALLAR,<br>LARRY LIDGETT,<br>LT. DECKER,<br>MAJOR YANCY and<br>JEFFREY A. RACKOVAN,<br>      Defendants | : : : : : : : : : : : : : : : | CIVIL NO. 1:CV-00-0895<br><br>(Magistrate Judge Smyser)<br><br><br><br>FILED<br>HARRISBURG, PA<br><br>MAR 27 2002<br><br>MARY E. D'ANDREA, CLERK<br>PER_____ DEPUTY CLERK |

## ORDER

**IT IS ORDERED** that the motion of the plaintiff for a new trial is **DENIED** for the reasons that the plaintiff has not in his motion identified any error or defect in the proceedings, and that, considering the evidence in the light most favorable to the defendants, and drawing all inferences from the evidence in favor of the defendants, the jury's determination that no defendant violated the plaintiff's Eighth Amendment rights was not unreasonable.

                                                          J. Andrew Smyser
                                                          Magistrate Judge

Dated: March 27, 2002.

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 27, 2002

Re:  1:00-cv-00895    Montague v. Meyers

True and correct copies of the attached were mailed by the clerk
to the following:

>     Terrance Montague
>     SCI-R
>     SCI at Rockview
>     BZ-2761
>     P.O. Box A
>     Bellefonte, PA   16823
>
>     Gregory R. Neuhauser, Esq.
>     Office of Attorney General
>     Strawberry Square
>     15th Floor
>     Harrisburg, Pa   17120
>
>     Maryanne M. Lewis, Esq.
>     Office of the Attorney General
>     15th Floor, Strawberry Square
>     Harrisburg, PA   17120

```
cc:
Judge                              ( )/            ( ) Pro Se Law Clerk
Magistrate Judge                   (/)             ( ) INS
U.S. Marshal                       ( )             ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen ( )
```

```
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court        ( )
Other_____( )
                                              MARY E. D'ANDREA, Clerk

DATE:  3/27/02                              BY:  _____
                                                    Deputy Clerk
```