# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA :
: M.J. Smyser
COUNTY OF    Centre    : CIVIL ACTION NO.:    00-cv-00895

I,    Francis M. Dougherty    being duly sworn, depose and say:

(1)    I am employed as <u>Business Manager</u> at <u>SCI - Rockview</u>.
I have served in that capacity since <u>December 22, 19 91</u>.

(2)    The plaintiff, <u>TERRANCE MONTAGUE</u>    Reg. No. BZ-2761
is presently incarcerated at the said institution.

(3)    The following is a listing of assets at the said institution belonging to plaintiff:
   a.   Prison account
      1.   Present balance:    $    -6.93
      2.   Total amount of deposits during
           six months preceding the filing of
           the complaint:    $    253.47
      3.   Average monthly balance:    $    9.18
      4.   Average monthly deposits:    $    42.25
   b.   Employment
      1.   Institution employment:    $    54.31
      2.   Average monthly deposits:    $    9.05
   c.   Other resources:
        PERSONAL GIFTS, REFUNDS

(4)    I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5)    The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

*Francis M. Dougherty*

Francis M. Dougherty, Business Manager

FILED
HARRISBURG
APR 0 4 2002
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

AVERAGE MONTHLY BALANCE

| DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE | DAY | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/01 | $ (7.58) | 11/2/01 | $ (0.51) | 12/2/01 | $ 71.60 | 1/2/02 | $ (7.89) | 2/2/02 | $ (4.13) | 3/2/02 | $ 0.16 |
| 10/3/01 | $ (7.58) | 11/3/01 | $ (0.51) | 12/3/01 | $ 71.60 | 1/3/02 | $ (11.89) | 2/3/02 | $ (4.13) | 3/3/02 | $ 0.16 |
| 10/4/01 | $ (7.58) | 11/4/01 | $ (0.51) | 12/4/01 | $ 71.60 | 1/4/02 | $ (11.89) | 2/4/02 | $ (4.13) | 3/4/02 | $ 0.16 |
| 10/5/01 | $ (7.58) | 11/5/01 | $ (0.51) | 12/5/01 | $ 71.60 | 1/5/02 | $ (11.89) | 2/5/02 | $ (4.13) | 3/5/02 | $ 0.16 |
| 10/6/01 | $ (7.58) | 11/6/01 | $ (0.51) | 12/6/01 | $ 71.60 | 1/6/02 | $ (11.89) | 2/6/02 | $ (4.13) | 3/6/02 | $ 0.16 |
| 10/7/01 | $ (7.58) | 11/7/01 | $ (0.51) | 12/7/01 | $ 71.60 | 1/7/02 | $ (11.89) | 2/7/02 | $ (4.13) | 3/7/02 | $ 0.16 |
| 10/8/01 | $ (7.58) | 11/8/01 | $ (2.51) | 12/8/01 | $ 71.60 | 1/8/02 | $ (11.89) | 2/8/02 | $ (4.13) | 3/8/02 | $ 0.16 |
| 10/9/01 | $ (7.58) | 11/9/01 | $ (2.51) | 12/9/01 | $ 71.60 | 1/9/02 | $ (11.89) | 2/9/02 | $ (4.13) | 3/9/02 | $ 0.16 |
| 10/10/01 | $ (7.58) | 11/10/01 | $ (2.51) | 12/10/01 | $ 69.60 | 1/10/02 | $ (7.89) | 2/10/02 | $ (4.13) | 3/10/02 | $ 0.16 |
| 10/11/01 | $ (7.58) | 11/11/01 | $ (2.51) | 12/11/01 | $ 29.60 | 1/11/02 | $ (7.89) | 2/11/02 | $ 8.83 | 3/11/02 | $ 7.36 |
| 10/12/01 | $ (7.58) | 11/12/01 | $ (2.51) | 12/12/01 | $ 29.60 | 1/12/02 | $ (7.89) | 2/12/02 | $ 8.83 | 3/12/02 | $ 29.78 |
| 10/13/01 | $ (7.58) | 11/13/01 | $ 18.58 | 12/13/01 | $ 29.60 | 1/13/02 | $ (7.89) | 2/13/02 | $ 8.83 | 3/13/02 | $ (2.93) |
| 10/14/01 | $ (7.58) | 11/14/01 | $ (8.41) | 12/14/01 | $ 29.60 | 1/14/02 | $ (2.13) | 2/14/02 | $ (4.13) | 3/14/02 | $ (2.93) |
| 10/15/01 | 19.88 | 11/15/01 | $ (8.41) | 12/15/01 | $ 29.60 | 1/15/02 | $ (2.13) | 2/15/02 | $ (4.13) | 3/15/02 | $ (2.93) |
| 10/16/01 | 8.90 | 11/16/01 | 91.59 | 12/16/01 | $ 29.60 | 1/16/02 | $ (2.13) | 2/16/02 | $ 0.06 | 3/16/02 | $ (2.93) |
| 10/17/01 | 0.19 | 11/17/01 | $ 71.60 | 12/17/01 | $ 29.60 | 1/17/02 | $ (2.13) | 2/17/02 | $ 0.06 | 3/17/02 | $ (2.93) |
| 10/18/01 | 0.19 | 11/18/01 | $ 71.60 | 12/18/01 | $ 29.60 | 1/18/02 | $ (2.13) | 2/18/02 | $ 0.06 | 3/18/02 | $ (2.93) |
| 10/19/01 | 0.19 | 11/19/01 | $ 71.60 | 12/19/01 | $ 0.11 | 1/19/02 | $ (2.13) | 2/19/02 | $ 0.06 | 3/19/02 | $ (2.93) |
| 10/20/01 | 0.19 | 11/20/01 | $ 71.60 | 12/20/01 | $ (7.89) | 1/20/02 | $ (2.13) | 2/20/02 | $ 0.06 | 3/20/02 | $ (2.93) |
| 10/21/01 | 0.19 | 11/21/01 | $ 71.60 | 12/21/01 | $ (7.89) | 1/21/02 | $ (2.13) | 2/21/02 | $ 0.06 | 3/21/02 | $ (2.93) |
| 10/22/01 | $ (0.51) | 11/22/01 | $ 71.60 | 12/22/01 | $ (7.89) | 1/22/02 | $ (2.13) | 2/22/02 | $ 0.06 | 3/22/02 | $ (2.93) |
| 10/23/01 | $ (0.51) | 11/23/01 | $ 71.60 | 12/23/01 | $ (7.89) | 1/23/02 | $ (2.13) | 2/23/02 | $ 0.06 | 3/23/02 | $ (2.93) |
| 10/24/01 | $ (0.51) | 11/24/01 | $ 71.60 | 12/24/01 | $ (7.89) | 1/24/02 | $ (2.13) | 2/24/02 | $ 0.06 | 3/24/02 | $ (2.93) |
| 10/25/01 | $ (0.51) | 11/25/01 | $ 71.60 | 12/25/01 | $ (7.89) | 1/25/02 | $ (2.13) | 2/25/02 | $ 0.06 | 3/25/02 | $ (2.93) |
| 10/26/01 | $ (0.51) | 11/26/01 | $ 71.60 | 12/26/01 | $ (7.89) | 1/26/02 | $ (2.13) | 2/26/02 | $ 25.06 | 3/26/02 | $ (2.93) |
| 10/27/01 | $ (0.51) | 11/27/01 | $ 71.60 | 12/27/01 | $ (7.89) | 1/27/02 | $ (2.13) | 2/27/02 | $ 0.16 | 3/27/02 | $ (6.93) |
| 10/28/01 | $ (0.51) | 11/28/01 | $ 71.60 | 12/28/01 | $ (7.89) | 1/28/02 | $ (2.13) | 2/28/02 | $ 0.16 | 3/28/02 | $ (6.93) |
| 10/29/01 | $ (0.51) | 11/29/01 | $ 71.60 | 12/29/01 | $ (7.89) | 1/29/02 | $ (4.13) | 3/1/02 | $ 0.16 | 3/29/02 | $ (6.93) |
| 10/30/01 | $ (0.51) | 11/30/01 | $ 71.60 | 12/30/01 | $ (7.89) | 1/30/02 | $ (4.13) | | | 3/30/02 | $ (6.93) |
| 10/31/01 | $ (0.51) | 12/1/01 | $ 71.60 | 12/31/01 | $ (7.89) | 1/31/02 | $ (4.13) | | | 3/31/02 | $ (6.93) |
| 11/1/01 | $ (0.51) | | | 1/1/02 | $ (7.89) | 2/1/02 | $ (4.13) | | | 4/1/02 | $ (1.29) |
| AVG | $ (2.40) | | $ 38.39 | | $ 25.06 | | $ (5.52) | | $ 0.87 | | $ 9.18 |

| | 6 MONTH AVERAGE |
|---|---|
| | 9.1840874 |
| | $ 9.18 |

# TERRANCE MONTAGUE, BZ-2761

## AVERAGE MONTHLY DEPOSITS

| DATE | INST EMP | OTHER | TOTAL |
|---|---|---|---|
| 10/15/01 | $ 27.46 | | $ 27.46 |
| 11/13/01 | 21.09 | | $ 21.09 |
| 11/16/01 | | 100.00 | $ 100.00 |
| 1/10/02 | | 4.00 | $ 4.00 |
| 1/14/02 | 5.76 | | $ 5.76 |
| 2/11/02 | | 12.96 | $ 12.96 |
| 2/26/02 | | 25.00 | $ 25.00 |
| 3/11/02 | | 7.20 | $ 7.20 |
| 3/12/02 | | 50.00 | $ 50.00 |
| | | | |
| TOTALS | $ 54.31 | $ 199.16 | $ 253.47 |
| AVG | $ 9.05 | | $ 42.25 |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE     4/01/2002
REMOTE PRINT TIME 13:10                  FROM PURGE FILE              PAGE          1

     INMATE       NAME
     NUMBER       LAST              FIRST              MI
     BZ2761       MONTAGUE          TERRANCE                         STARTING BALANCE
                                                                          18.75

 BATCH      DATE                                          TRANSACTION  BALANCE AFTER
   #     MO DY YEAR      TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

  8181   06-30-2001  32  ROC COMMISSARY
                         FOR    7/02/2001                   -17.70          1.05
  3156   07-10-2001  41  MEDICAL
                         MEDICAL CO-PAY  7-9-01              -4.00         -2.95
  3193   07-16-2001  10  MAINTENANCE PAYROLL
                         PAYROLL            (JUNE)           15.12         12.17
  3208   07-17-2001  39  LEGAL FEES
                         JULY COURT PYMT #00-1431            -4.01          8.16
  3208   07-17-2001  39  LEGAL FEES
                         JULY COURT PYMT #99-158             -4.01          4.15
  8198   07-17-2001  32  ROC COMMISSARY
                         FOR    7/17/2001                   -11.73         -7.58
  3299   07-27-2001  41  MEDICAL
                         CO-PAY     07-25-01                 -2.00         -9.58
  3347   08-06-2001  14  MISCELLANEOUS
                         REFUND MEDICAL CO-PAY (7/9)          4.00         -5.58
  3347   08-06-2001  14  MISCELLANEOUS
                         REFUND MEDICAL CO-PAY (7/25)         4.00         -1.58
  3347   08-06-2001  85  ADJUST RECEIPT
                     14  WRONG AMOUNT REFUND FOR CO-PAY      -4.00         -5.58
  3393   08-13-2001  10  MAINTENANCE PAYROLL
                         WAGES     (JULY)                    15.58         10.00
  3408   08-14-2001  39  LEGAL FEES
                         AUGUST COURT PAYMENT                -3.12          6.88
  3408   08-14-2001  39  LEGAL FEES
                         AUGUST COURT PAYMENT                -3.12          3.76
  3421   08-15-2001  41  MEDICAL
                         CO-PAY      (08-13-01)              -4.00          -.24
  3512   08-29-2001  41  MEDICAL
                         CO-PAY (8/27)                       -2.00         -2.24
  3564   09-06-2001  38  INSIDE PURCHASES
                         LIBRARY COPIES (8/31)               -2.30         -4.54
  3590   09-11-2001  37  POSTAGE
                         SEPTEMBER                           -5.05         -9.59
  3632   09-17-2001  10  MAINTENANCE PAYROLL
                         WAGES - AUGUST 2001                 20.09         10.50
  3643   09-18-2001  39  LEGAL FEES
                         SEPTEMBER COURT PAYMENT             -4.02          6.48
  3643   09-18-2001  39  LEGAL FEES
                         SEPTEMBER COURT PAYMENT             -4.02          2.46
  8261   09-18-2001  32  ROC COMMISSARY
                         FOR    9/18/2001                   -10.04         -7.58

                    BALANCE AFTER THESE TRANSACTIONS------>                 -7.58
```

```
       PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM         RUN      IAS365
       BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING       DATE   4/01/2002
       REMOTE PRINT TIME 13:10                FROM PURGE FILE             PAGE         1

           INMATE    NAME
           NUMBER    LAST                FIRST              MI             STARTING BALANCE
           BZ2761    MONTAGUE            TERRANCE                                  -7.58

       BATCH    DATE                                             TRANSACTION  BALANCE AFTER
         #    MO DY YEAR       TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

       3832  10-15-2001  10  MAINTENANCE PAYROLL
                             SEPTEMBER 2001 WAGES                    27.46         19.88
       3847  10-16-2001  39  LEGAL FEES
                             OCTOBER COURT PAYMENT                   -5.49         14.39
       3847  10-16-2001  39  LEGAL FEES
                             OCTOBER COURT PAYMENT                   -5.49          8.90
       8290  10-17-2001  32  ROC COMMISSARY
                             FOR 10/17/2001                          -8.71           .19
       3891  10-22-2001  38  INSIDE PURCHASES
                             LIBRARY COPIES                           -.70          -.51
       4016  11-08-2001  41  MEDICAL
                             CO-PAY          11-07-01                -2.00         -2.51
       4031  11-13-2001  10  MAINTENANCE PAYROLL
                             OCTOBER 2001 WAGES                      21.09         18.58
       4043  11-14-2001  39  LEGAL FEES
                             NOVEMBER COURT PAYMENT                  -4.22         14.36
       4043  11-14-2001  39  LEGAL FEES
                             NOVEMBER COURT PAYMENT                  -4.22         10.14
       8318  11-14-2001  32  ROC COMMISSARY
                             FOR 11/14/2001                         -18.55         -8.41
       4065  11-16-2001  13  PERSONAL GIFT FROM
                             BERNICE MONTAGUE      #418473          100.00         91.59
       4096  11-20-2001  31  OUTSIDE PURCHASES
                             GIANT BEEF SAUSAGE CHEESE SPEC         -19.99         71.60
          0  12-10-2001  82  TRANSFER OUT
                             ROCKVIEW
          0  12-10-2001  81  TRANSFER IN
                             CAMP HILL
       2062  12-10-2001  41  MEDICAL
                             MEDICAL SERVICES                        -2.00         69.60
          0  12-10-2001  82  TRANSFER OUT
                             CAMP HILL
          0  12-10-2001  81  TRANSFER IN
                             ROCKVIEW
       4242  12-11-2001  39  LEGAL FEES
                             DECEMBER COURT PAYMENT                 -20.00         49.60
       4242  12-11-2001  39  LEGAL FEES
                             DECEMBER COURT PAYMENT                 -20.00         29.60
       8353  12-19-2001  32  ROC COMMISSARY
                             FOR 12/20/2001                         -29.49           .11
          0  12-20-2001  82  TRANSFER OUT
                             ROCKVIEW
          0  12-20-2001  81  TRANSFER IN
                             CAMP HILL
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE   4/01/2002
REMOTE PRINT TIME 13:10              FROM PURGE FILE               PAGE        2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| BZ2761 | MONTAGUE | TERRANCE | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 2169 | 12-20-2001 | 41 | MEDICAL | | |
| | | | MEDICAL SERVICES | -4.00 | -3.89 |
| 0 | 12-20-2001 | 92 | TRANSFER OUT | | |
| | | | CAMP HILL | | |
| 0 | 12-20-2001 | 91 | TRANSFER IN | | |
| | | | ROCKVIEW | | |
| 0 | 12-20-2001 | 92 | TRANSFER OUT | | |
| | | | ROCKVIEW | | |
| 0 | 12-20-2001 | 91 | TRANSFER IN | | |
| | | | CAMP HILL | | |
| 2169 | 12-20-2001 | 86 | ADJUST PAYMENT | | |
| | | 41 | POSTING ERROR | 4.00 | .11 |
| 2169 | 12-20-2001 | 41 | MEDICAL | | |
| | | | MEDICAL SERVICES | -8.00 | -7.89 |
| 0 | 12-20-2001 | 92 | TRANSFER OUT | | |
| | | | CAMP HILL | | |
| 0 | 12-20-2001 | 91 | TRANSFER IN | | |
| | | | ROCKVIEW | | |

```
                    BALANCE AFTER THESE TRANSACTIONS------>          -7.89
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING        DATE  4/01/2002
REMOTE PRINT TIME 13:10              FROM ACTIVE FILE           PAGE         1

     INMATE     NAME
     NUMBER     LAST              FIRST            MI           STARTING BALANCE
     BZ2761     MONTAGUE          TERRANCE                             -7.89

  BATCH     DATE                                        TRANSACTION  BALANCE AFTER
    #    MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

   4392  01-03-2002  41  MEDICAL
                         CO-PAYS (12/31)                    -4.00        -11.89
   4451  01-10-2002  14  MISCELLANEOUS
                         CO-PAY REFUND FOR 12/31  #4392      4.00         -7.89
   4465  01-14-2002  10  MAINTENANCE PAYROLL
                         WAGES - DECEMBER 2001               5.76         -2.13
   4576  01-29-2002  41  MEDICAL
                         CO-PAY     (01-24-02)  DENTAL      -2.00         -4.13
   4662  02-11-2002  10  MAINTENANCE PAYROLL
                         JANUARY WAGES 2002                 12.96          8.83
   8046  02-15-2002  32  ROC COMMISSARY
                         FOR  2/15/2002                     -8.77           .06
   4768  02-26-2002  13  PERSONAL GIFT FROM
                         BERNICE MONTAGUE      #834468      25.00         25.06
   8058  02-27-2002  32  ROC COMMISSARY
                         FOR  2/27/2002                    -24.90           .16
   4859  03-11-2002  10  MAINTENANCE PAYROLL
                         FEBRUARY WAGES 2002                 7.20          7.36
   4865  03-12-2002  13  PERSONAL GIFT FROM
                         MONTAGUE, B           #F280742     50.00         57.36
   4869  03-12-2002  39  LEGAL FEES
                         MARCH COURT PAYMENT               -11.14         46.22
   4869  03-12-2002  39  LEGAL FEES
                         MARCH COURT PAYMENT               -16.44         29.78
   4890  03-13-2002  44  ORGANIZATIONAL
                         LIFER'S PHOTO TICKETS              -3.00         26.78
   8072  03-13-2002  32  ROC COMMISSARY
                         FOR  3/13/2002                    -29.71         -2.93
   5004  03-28-2002  41  MEDICAL
                         CO-PAY (3/26)                      -4.00         -6.93

                    BALANCE AFTER THESE TRANSACTIONS------>                -6.93
```

OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4926

pacer.ca3.uscourts.gov

March 28, 2002

State Correctional Institution
RECEIVED
APR 01 2002
at Rockview
Superintendent's Office

ATTENTION: WARDEN
Rockview SCI
P.O. Box A
Bellefonte, PA  16823


RE: Docket No. 02-1568
    Terrance Montague  vs.  Meyers
    D. C. No. 00-cv-00895


Dear Warden:

 Enclosed herewith is a certified copy of an Order filed today directing the Warden to forward the initial payment assessed to the Clerk of the District Court.

 Your check should be mailed to the Clerk of the District Court at the following address:

   Clerk, United States District Court
            228 Walnut Street
            Room 1060
            Harrisburg, PA  17108


     Please do not send the check or money order to The United States Court of Appeals.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Carolyn Hicks, Case Manager



cc:
     Terrance Montague #BZ-2761
     Maryanne M. Lewis, Esq.

EPS-126                                             March 28, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1568

Montague v. Meyers
(M.D. Pa. No. 00-cv-00895)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter 10.6.

Should the appellant file in this Court for in forma pauperis in the future, the motion must be accompanied by an affidavit in the form specified by the Federal Rules of Appellate Procedure.

For the Court,

Marcia M. Waldron
Clerk

Dated: March 28, 2002
CH/cc: Mr. Terrance Montague
       Maryanne E. Lewis, Esq.

A True Copy:

Deputy Clerk