Copy (12)
4/25/02
nh

```
Rec Apr 24 14:56:58 2002

UNITED STATES DISTRICT COURT
SCRANTON            PA

Receipt No.   111 136412
Cashier       Pamela

Tender Type:  CHECK

Check Number: 51280

Transaction Type   AX

JS Code   Div No    Acct
6407      1         086900

Amount              $   5.45

STATE CORR AT ROCKVIEW BOX A BELLEFO
NTE, PA 16823

PARTIAL FEE FOR APPEAL APPEAL NO. 02-
1568
```

FILED
HARRISBURG, PA

APR 24 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

1:00:895
partial appeal
fee

appeal no. 02-
1568