# JUDGE'S COPY


Copy 127

```
Tue May 21 14:02:07 2002

UNITED STATES DISTRICT COURT
    SCRANTON       , PA

Receipt No.   111 136485
Cashier          jill

Tender Type   CHECK

Check Number: 51889

Transaction Type   AR

DN Code   Div No    Acct
4667        1      08690

Amount              $    3.42

SCI ROCKVIEW BOX A BELLEFONTE, PA 16
823-0820

PARTIAL FILING FEE FOR APPEAL IN CV
00-895
```

CV-00-895

Partial filing fee
for appeal

FILED
HARRISBURG, PA

MAY 21 2002

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk