# JUDGE'S COPY

Copy 
(128)

*CV-00-895*

**FILED**
HARRISBURG, PA

JUN 1 4 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

```
Fri Jun 14 11:23:01 2002

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.    111 136639
Cashier        jill

Tender Type    CHECK

Check Number:  52482

Transaction Type   AR

DØ Code   Div No    Acct
 4667       1      0869PL

Amount              $   15.26

SCI ROCKVIEW BOX A, BELLEFONTE, PA 1
6823-0820

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895



cw
```