```
Arcptrece                CFS-1 V8.2
Pennsylvania Middle   25 JUL 2002 - 1
 :08
  ANA&DIFY                      Recei
pt Maintenance
   REGISTER N0   :111
   RECEIPT N0    :136086
   RECEIPT SUB N0 :0      RECEIPT TYP
E: AR  RECEIPT DATE:07/25/02
   TENDER TYPE:2           RECEIPT AMT
:

   FUND    :0869PL  CASE N0:
     PAYMENT TYPE:
                     DEFENDANT:0
                     BANK CODE:
 BANK ACCOUNT:

   VOUCHER N0  :0      PAYOR N0:A0P-1
568  TERRENCE MONTAGUE
   SUB VOUCHER :0      VENDOR INV:215
683
     FY:    BUDGET ORG:       BUDGET O
BJ CLASS:   SUB OBJ CLASS:
            COST ORG :        REVENUE
 SOURCE  :
     REMARKS:STATE CORR AT ROCKVIEW FOR
 T. MONTAGUE BOX A BELLEFONTE, PA 16823
     REMARKS:PARTIAL APPEAL FEE FOR 00-C
V-895 USCA # 02-1568
                                POSTED D
ATE:**/**/**   ERR CODE:0



     searched:    1 selected:   1 c
urrent:   1
```

129
7/26/02

FILED
HARRISBURG, PA
JUL 2 5 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

00-895
partial appeal fee