(130)
8/21/02

```
Tue Aug 20 15:13:58 2002

    UNITED STATES DISTRICT COURT

        SCRANTON     , PA

Receipt No.   111 137059
Cashier       pamela

Tender Type : CHECK

Check Number: 53819

Transaction Type   AR

DU Code    Div No     Acct
4662         1       0869PL

Amount                $      9.07

STATE CORR INSTIT AT ROCKVIEW BOX A
BELLEFONTE, PA 16823

PARTIAL APPEAL FEE IN 02-CV-1568
```

```
On

Tue Aug 20 15:13:58 2002

Check No  53819
Amount      9.07
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 6855
```

**FILED**
HARRISBURG, PA
AUG 2 0 2002
MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

00-895
02-1568
partial
appeal fee