Copy 131

```
Tue Dec 17 15:02:42 2002

   UNITED STATES DISTRICT COURT

       SCRANTON      , PA

Receipt No.   111 137836
Cashier       jill

Tender Type  CHECK

Check Number: 55990

Transaction Type   AR

D0 Code    Div No    Acct
 4667        1       0869PL

Amount           $     5.00

SCI ROCKVIEW BOX A BELLEFONTE, PA 16
823-0820

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895




    cn
```

CV-00-895

FILED
HARRISBURG, PA

DEC 17 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk