ORIGINAL

132
1/22/0
vt/

```
Tue Jan 21 14:43:13 2003

  UNITED STATES DISTRICT COURT
       SCRANTON    , PA

Receipt No.   111 138002
Cashier       jill

Tender Type   CHECK

Check Number: 56640

Transaction Type   AR

DM Code    Div No    Acct
4667         1       0869PL

Amount              $    5.00

SCI ROCKVIEW BOX A, BELLEFONTE, PA 1
6823

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895
```

CV-00-895

FILED
HARRISBURG, PA

JAN 21 2003

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk