Copy
(133)

```
Wed Feb 19 10:34:54 2003

UNITED STATES DISTRICT COURT
SCRANTON        PA

Receipt No.    01 130177
Cashier        pamela

Tender Type    CHECK
Check Number   57145

Transaction Type  OR

DR Code   Pay No   Acct
4667      1        086900

Amount              $  17.00

STATE CORR ROCKVIEW SCI @ BELLEFONTE
PO 16023

PARTIAL APPEAL FEE IN 00-CV-895
```

FILED
HARRISBURG
FEB 19 2003
MARY E. D'A...
Per _____
         Deputy

00-895
partial appeal
fee