```
Mon Apr 14 14:44:25 2003

   UNITED STATES DISTRICT COURT

   SCRANTON        , PA

Receipt No.   111 138542
Cashier          jill

Tender Type  CHECK

Check Number: 58349

Transaction Type  AR

DØ Code    Div No      Acct
  4667        1        0869PL

Amount              $    10.00

SCI ROCKVIEW BOX A, BELLEFONTE, PA 1
6823

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895




        cn
```

CV-00-895

FILED
HARRISBURG, PA
APR 1 4 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

USCA No. 02-1568