```
Mon Aug 25 11:54:20 2003

UNITED STATES DISTRICT COURT

   SCRANTON      , PA

Receipt No.   111 139360
Cashier       jill

Tender Type  CHECK

Check Number: 86786

Transaction Type   AR

DB Code    Div No    Acct
4667        1        0869PL

Amount            $      8.50

SCI SMITHFIELD 1120 PIKE ST. HUNTING
DON, PA 16652

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895
```

CV-00-895

USCA. No. 02-1568

**FILED**
HARRISBURG, PA

AUG 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk