UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 02-1568

_____

TERRANCE MONTAGUE,
                                        Appellant,

v.

ROBERT W. MEYERS, Superintendent at SCI-Rockview; ROBERT S. BITNER,
Member of the Central Office Review Committee at SCI-Camp Hill; DAVID J.
WAKEFIELD, Deputy Superintendent at SCI-Rockview; TERRY L. WHITMAN,
Deputy Superintendent at SCI-Rockview; JACK ALLAR, Unit Manager at SCI-
Rockview; LARRY LIDGETT, Health Care Administrator at SCI-Rockview; LT.
DECKER, Block Lieutenant at SCI-Rockview; MAJOR YANCY, Major of the Guards at
SCI-Rockview; JEFFREY A. RACKOVAN, Grievance Coordinator at SCI-Rockview.

_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-00895-JAS)
Magistrate Judge:  Honorable J. Andrew Smyser

_____

Submitted Under Third Circuit LAR 34.1(a)
August 8, 2003

Before:  NYGAARD, STAPLETON AND COWEN, Circuit Judges.

**JUDGMENT**

_____

This cause came on to be heard on the record from the United States District Court

for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR

34.1(a).  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District

No. 02-1568

Page 2

Court entered February 8, 2002, be and the same is hereby affirmed.  Costs will not be

taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: August 13, 2003

Certified as a true copy and issued in lieu
of a formal mandate on September 4, 2003.

Teste:  *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit