```
United States Treasury Symbol...

Tue Oct 28 12:03:55 2003

UNITED STATES DISTRICT COURT
SCRANTON     , PA

Receipt No.   111 139760
Cashier          jill

Tender Type  CHECK

Check Number: 87564

Transaction Type   AR

DØ Code    Div No     Acct
4667         1        08699L

Amount          $     5.45

SCI SMITHFIELD 1120 PIKE ST. HUNTING
DON, PA 16652

PARTIAL FILING FEE FOR APPEAL IN CV-
00-895
```

CV-00-895

FILED
HARRISBURG

OCT 2 8 2003

MARY E. D'ANDREA, CLERK
Per: _____
         DEPUTY CLERK