10-23-05

HON: Judge RAMBO   **ORDER**

I TERRANCE HAKEEM MONTAGUE, BZ-2761 IS ASKING YOUR JURISDICTION TO HAVE MR. TERRANCE MONTAGUE TO BE MOVED FROM THIS JAIL FROM THE PEOPLE THAT IS WRONGDOING HIM. THESE PEOPLE KNOW AM ITS IN BLACK & WHITE & REAL A MASON SHRINE & MOB BOSS AND THAT IS DOING THINGS TO KEEP ME HERE IN THIS JAIL AGAINST MY WILL NOT ONLY THAT I DON'T GET ANY OF MY PERSONAL STUFF NOT ONLY THAT THEY IS NOT TRYING TO SEND ME MY MONEY. THEY KNOW IT IS A LARGE AMOUNT BUT THEY REFUS TO SEND IT TO ME ITS IN BLACK IN WHITE. THEY ALSO HAVE A TAPE THATS HERE THATS MINE IT DO HAVE MY MUSIC & OTHER THINGS ON IT OF ME, IT SHOULDN'T OF NEVER BEEN THERE. THEY REFUS ME MY PAROLE AND MY HEAD & FAR GET B.S. S.MACK CAMPHILL KNOW ALL ABOUT THIS BUT THESE PEOPLE SAY THEY DO WHAT THEY WANT. THIS STAFF HERE KNOW ALL MY STUFF WAS HERE BUT THEY IS TRYING TO KEEP IT. CAMPHILL BEEN TOLD THEM TO GET ME OUT OF HERE, I DO HAVE PAPER-WORK SHOWING I HAD A PETITION TRANSFER & A SEPETION TRANSFER AND THESE PEOPLE STILL DON'T WANT TO GET ME OUT OF HERE. THEY TOOK SOME OF MY PERSONAL BELOUGES SO NOW AM ASKING YOU TO

DATE:
10-23-05

GET ME OUT OF THIS JAIL. I DON'T GET ANYTHING I SUPPOSE TO. CAMPHILL TOLD THEM WHEN I LEAVE

Terrance Hakeem Montague

I HAVE TO HAVE EVERYTHING WITH ME. THESE PEOPLE WANT ME TO ACT LIKE AM A FAGGOT AND HAVE HIV CAN'T DO THAT. GET ME OUT OF HERE A.S.A.P

1600 Watters Mill Rd., Somerset, PA 15510

NAME [signature]
NUMBER BZ-2761

**INMATE MAIL**
**PA DEPT. OF CORRECTIONS**

Judge Sylvia Rambo
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108