## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVINIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

November 2, 2005

Terrance Montague
BZ-2761
1600 Walters Mill Rd.
Somerset, PA 15510

FILED

Deputy Clerk

> **Re:**  *Montague v. Meyers*
>        *Civil No. 1:00-CV-0895*

Mr. Montague:

Magistrate Judge Smyser is in receipt of your letter dated October 23, 2005 and filed on October 26, 2005.  The case before Judge Smyser has been closed for a number of years.  No action will be taken on your letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Maryanne M. Lewis, Esquire