ORDER

I, TERRANCE H. MONTAGUE, 52-2761 AM ASKING THE COURT TO CLOSE DOWN THIS JAIL YALL DID RECV A MOTION DATED 10-23-05 EXPLAIN THINGS ABOUT THIS JAIL, YOU DO HAVE PEOPLE HERE WHO IS MEN/WOMEN AND THAT DRINK PISS EAT SHIT I SEND YALL A COPLANT DATED 11-22-05, THESE PEOPLE DO UNHEALTH THINGS TO PEOPLE

SWEAR, TERRANCE H. MONTAGUE IS TELLING THE TRUTH.

DATE: 11-28-05

*My Attorney asked for there copy at the time of court - Terrance H. Montague*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P. O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

BEST TO USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Court office

FACILITY: Somerset Jail

DATE: 11-28-05

FROM: (INMATE NAME & NUMBER): Terrance Montague, BZ-2761

SIGNATURE of INMATE: Terrance H. Montague

WORK ASSIGNMENT: ← NONE →

HOUSING ASSIGNMENT: L-5 B-POD Cell 4

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. State all relief that you are seeking. Additional paper may be used, maximum two pages. (One DC-804 Part 1 form and one, one-sided 8½" x 11" page).

I AM SENDING YALL A ORDER TO HAVE WITH THE ONE DATED 10-23-05 AND THE COMPLAINT DATED 11-22-05 11-28-05 ORDER

No. 22-11

DEC 0? 2005

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator              Date

WHITE - Facility Grievance Coordinator Copy  CANARY - File Copy  PINK - Action Return Copy  GOLDENROD - Inmate Copy
Revised
August 2004

1600 Walters Mill Rd., Somerset, PA 15510

NAME Lawrence Kathleen Montgomery
NUMBER BZ-3716

INMATE MAIL
PA DEPT. OF CORRECTIONS

Clerk's Office
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

