**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVINIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

December 6, 2005

Terrance Montague
BZ-2761
1600 Walters Mill Rd.
Somerset, PA 15510

FILED
HARRISBURG, PA
DEC 09 2005
_____ CLERK

Re: *Montague v. Meyers*
    *Civil No. 1:00-CV-0895*

Mr. Montague:

Magistrate Judge Smyser is in receipt of the document you filed in this case on December 2, 2005. The case before Magistrate Judge Smyser has been closed for a number of years. No action will be taken on your document.

Sincerely,

Melissa Sayres
Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Maryanne M. Lewis, Esquire