12/13-05

I can't no long at Somerset Because of the Defendants transfer me to a Jail where they Can keep me from getting my mail and having Access to the Courts

The Staff here don't want to give me my Legal work on mail. My Staff the Defendant Still try to get from the Jail. I Shouldn't Be in the Jail

1:00-CV-0895
M.J. Smyser

[illegible signature]
Martin BL 2261

xo

NAME L. H. M. Montague Perrone
NUMBER BZ-2761
Post Office Box A
Cresson, PA 16699-0001
Inmate Mail – PA
Dept. Of Corrections

PA DEPT OF CORRECTIONS
INMATE MAIL

UNITED STATES POSTAGE
02 1A
0004396794
$ 00.37⁰
DEC 13 2005
MAILED FROM ZIP CODE 16630

Clerk of Courts
P.O. Box
228 Harrisburg pa 19107

SCI-CRESSO[N]
SSNU