1-25-07

00-CV-895

Hon. Judge: Sylvia H. Rambo.

I Tenance Montague Been at Somerset Jail I sent you A Judvin And A order I sent Clerk of courts And I never get Anything Back also I do have $11097 on my Account and Somerset Refus to Fix My money They Been moving me Arvand Do I Cant Get intouch with your office I Been Trying to have My $ money Fixed $11097 And Somerset have Been Trying me take urines when My Docketment's Show that I never suppose to take Any Urines also all my paper's have Been played with I do Need My money Fixed Before I go home My date is in Febury But Somerset have on my paper-work 4-17-07 Which is the wrong date I Been having Somerset Jail Trying to give me H.I.V. I do have Copies of Everything I sent Yull And Campbell. Somerset do have Docyments that all my missing Belong also Campbell have A copy of all the paper work I Been Trying to thone alone with Somerset Judge Fike And the State police But Somerset have Been keeping all my mail I How me Legel and some personal Now I need My paper work Straughting out And Fixed I have p. c. Time And personal Belong at Cresferd and I Stell have not seing the paper. I Been writting to

1-25-07

②

All I need For you to order Greaterford to Fixed my Money And my paperwork my date is in Febury of 07 Doperset to have A Seperta against them Campbell do have there Docketment I atbb hae Aopy in my personal Belongs, that Campbell But me. I did wrote to all the people I suppos to have my Money Fixed And paper work slomthing out. I can't go Back TO Somerset Because of the Seperta Against them Call Campbell.

From
Derrance Montague
B2-0?41

FILE And Send
To Judge Hon

PROOF Of Service

I Terrance Montague Am Sending Another
Letter of what's the Judge need to know
Abt My Danger at Somerset to the

Judge: Hon:

Judging And order I Filed while at
Somerset Jail am now At Graterford

M: 1-25-07 From Graterford By
Giving It to the 2-10 Officer By Hand
to put in the Mail Bag

Terrance Hakeem Montague, BZ-7701

YES on the 1-25-07 At 8:00 I gave
Legal mail to the 2-10 Officer

Date: 1-25-07

Sencauce H Montago
Box 244
Graterford, PA 19426-0244

B2 2761

RECEIVED
HARRISBURG, PA

JAN 2 9 2007

MARY E. D'ANDREA, CLERK
Per _____

INMATE MAIL
PA. DEPARTMENT OF CORRECTIONS

Legal mail

$ 00.39⁰

To : Hon;
Judge Sylvia H. Rambo
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108