**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

January 30, 2007

Terrance Montague
BZ-2761
P.O. Box 244
Graterford, PA 19426-0244

Re:  Montague v. Meyers - Civil No. 1:00-CV-0895
     Montague v. Bryant - Civil No. 1:05-CV-2604

Mr. Montague:

Magistrate Judge Smyser is in receipt of your letter to the court dated January 25, 2007. Your cases in this court have been closed. No action will be taken on your letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Maryanne M. Lewis, Esquire